| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | **SKS Construction, Inc.** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **54-1666652** | | |
| 4. | **Debtor's address** | **Principal place of business** **10900 Houser Drive** **Fredericksburg, VA 22408** Number, Street, City, State & ZIP Code **Spotsylvania** County | | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **n/a** | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | | |

Debtor  **SKS Construction, Inc.**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2379__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

| Debtor | **SKS Construction, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
         Contact name
         Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **SKS Construction, Inc.**  Case number (*if known*)
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **SKS Construction, Inc.** | Case number (*if known*) |
| | Name | |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  9, 2021**
                      MM / DD / YYYY

**X** **/s/ Steven J. Zuchowski**                      **Steven J. Zuchowski**
Signature of authorized representative of debtor       Printed name

Title   **Vice-President**

**18. Signature of attorney**

**X** **/s/ David K. Spiro**                      Date **June  9, 2021**
Signature of attorney for debtor                               MM / DD / YYYY

**David K. Spiro**
Printed name

**Spiro & Browne, PLC**
Firm name

**6802 Paragon Place**
**Suite 410**
**Richmond, VA 23230**
Number, Street, City, State & ZIP Code

Contact phone   **804-441-6080**       Email address   **dspiro@sblawva.com**

**28152 VA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SKS Construction, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| A&B Kearns Trucking & Stone 16381 Brandy Rd. Culpeper, VA 22701 | | trade debt | | | | $43,000.00 |
| American Shoring, Inc. 207 Lake St. (Route 32) Newburgh, NY 12550 | | trade debt | | | | $25,763.00 |
| Blue Ridge Bank P.O. Box 888 Louisa, VA 23093 | | A/R & all unencumbered equipment ($628,928) | | $854,309.00 | $0.00 | $854,309.00 |
| Carter Machinery Co. P.O. Box 751053 Charlotte, NC 28275-1053 | | trade debt / rentals | Unliquidated | | | $134,000.00 |
| CAT Commercial Revolv. Acct. Dept. 33-802500925 Phoenix, AZ 85062-8004 | | open acct | | | | $59,171.00 |
| Gemini Land Development 10900 Houser Drive Fredericksburg, VA 22408 | | loans | | | | $84,500.00 |
| Greenway Hydroseeding, Inc. 5828 Plank Rd., Ste 113 Box 6 Fredericksburg, VA 22407 | | trade | | | | $64,603.00 |

| Debtor | SKS Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| I.R.S. / Special Procedures P.O. Box 7346 Philadelphia, PA 19101-7346 | | payroll taxes | Unliquidated | | | $119,000.00 |
| James River Equipment P.O. Box 745475 Atlanta, GA 30374-5475 | | trade | | | | $34,756.00 |
| John Zuchowski 10503 Rhoads Drive Fredericksburg, VA 22407 | | loans | | | | $156,100.00 |
| LB Water Service P.O. Box 60 Selinsgrove, PA 17870 | | trade debt | | | | $365,171.00 |
| Liberty Equipment 10879 Houser Drive Fredericksburg, VA 22408 | | trade debt | | | | $19,589.00 |
| Look Out Safety Co., LLC P.O. Box 42191 Fredericksburg, VA 22404 | | trade debt | | | | $27,575.00 |
| Luck Stone Corporation P.O. Box 29871 Henrico, VA 23242 | | trade debt | | | | $19,878.00 |
| McClung Logan Equip Co P.O. Box 17593 Baltimore, MD 21297-1593 | | trade debt | | | | $79,775.00 |
| S.B.A. EIDL Loan Acc. 7905 2 N. 20th St., Ste. 320 Birmingham, AL 35203 | | loan | | | | $150,000.00 |
| Spotsylvania Co. / Revenue Com P.O. Box 175 Spotsylvania, VA 22553-0175 | | prop taxes | Unliquidated | | | $25,000.00 |
| Steven Zuchowski 10505 Rhoads Drive Fredericksburg, VA 22407 | | loans | | | | $59,500.00 |

Debtor **SKS Construction, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Virginia Paving Co.**<br>**14500 Avion Pkwy.**<br>**Ste 310**<br>**Chantilly, VA 20151** | | trade debt | | | | $26,097.00 |
| **Xylem Dewatering Solutions**<br>**26717 Network Place**<br>**Chicago, IL 60673-1267** | | trade debt | | | | $35,775.00 |

A&B Kearns Trucking & Stone
16381 Brandy Rd.
Culpeper, VA 22701


A.I.T., LLC
1928 Anderson Road
Falls Church, VA 22043


ACG Trucking
7415 Emmitt's Road
Spotsylvania, VA 22551


ACG Trucking
c/o Brenden Shapiro, Esq.
10521 Judicial Dr., Ste. 110
Fairfax, VA 22030


All American Paving & Sealing
8136 Belmont Rd.
Spotsylvania, VA 22551


American Shoring, Inc.
207 Lake St. (Route 32)
Newburgh, NY 12550


Anariba Concrete
11208 Surry Woods Ct.
Fredericksburg, VA 22407


Blue Ridge Bank
P.O. Box 888
Louisa, VA 23093


C2C Resources
56 Perimeter Center East
Suite 1
Atlanta, GA 30346


Carter Machinery
c/o David Hartnett, Esq.
150 W. Main St., Ste 1500
Norfolk, VA 23510

```
Carter Machinery Co.
P.O. Box 751053
Charlotte, NC 28275-1053


CAT Commercial Revolv. Acct.
Dept. 33-802500925
Phoenix, AZ 85062-8004


Cat Financial
2120 West End Ave.
Nashville, TN 37203


Colonial Constr. Materials
P.O. Box 333
Oilville, VA 23129


CP&P
210 Stone Spring Rd
Harrisonburg, VA 22801


Ford Motor Credit / Bankruptcy
P.O. Box 62180
Colorado Springs, CO 80962


Fullerton & Knowles
12642 Chapel Road
Clifton, VA 20124


Gemini Land Development
10900 Houser Drive
Fredericksburg, VA 22408


Greenway Hydroseeding, Inc.
5828 Plank Rd., Ste 113
Box 6
Fredericksburg, VA 22407


H & E Equip. Services
P.O. Box 849850
Dallas, TX 75284


I.R.S. / Special Procedures
P.O. Box 7346
Philadelphia, PA 19101-7346
```

James River Equipment
P.O. Box 745475
Atlanta, GA 30374-5475

John Zuchowski
10503 Rhoads Drive
Fredericksburg, VA 22407

Komatsu Financial
8770 W. Bryn Mawr Ave.
Chicago, IL 60631

Larry Pritchett, Treasurer
Spotsylvania County
P.O. Box 9000
Spotsylvania, VA 22553

LB Water Service
P.O. Box 60
Selinsgrove, PA 17870

Liberty Equipment
10879 Houser Drive
Fredericksburg, VA 22408

Look Out Safety Co., LLC
P.O. Box 42191
Fredericksburg, VA 22404

Luck Stone Corporation
P.O. Box 29871
Henrico, VA 23242

M & T Bank
Box 900
Millsboro, DE 19966

McClung Logan Equip Co
P.O. Box 17593
Baltimore, MD 21297-1593

Michaels Towing & Recovery
P.O. Box 1577
Fredericksburg, VA 22402

Phillips Recycling & Aggregate
177 Wyche Rd.
Stafford, VA 22554


Ricky Hairfield Trucking
8619 Robert E. Lee Drive
Spotsylvania, VA 22551


Ronald William Stern
211 N Union St #100
Alexandria, VA 22314


S.B.A. EIDL Loan
Acc. 7905
2 N. 20th St., Ste. 320
Birmingham, AL 35203


S.B.A. Payroll Prot. Program
409 3rd Street S.W.
Washington, DC 20416


Spotsylvania Co. / Revenue Com
P.O. Box 175
Spotsylvania, VA 22553-0175


Steven Zuchowski
10505 Rhoads Drive
Fredericksburg, VA 22407


Sullivan's Towing
376 King's Hwy.
Fredericksburg, VA 22405


Sullivan, Donahoe and Ingalis
P.O. Box 614
Fredericksburg, VA 22404


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211


Superior Paving Corp.
5551 Wellington Rd.
Gainesville, VA 20156

Document    Page 13 of 14

```
Takeuchi Financial
P.O. Box 7167
Pasadena, CA 91109-7167


The Rigging Box
8184 Newington Rd.
Lorton, VA 22079


United Rentals, Inc.
P.O. Box 100711
Atlanta, GA 30384


VeriCore, LLC
10115 Kincey Ave., Ste. 100
Huntersville, NC 28078


Virginia Paving Co.
14500 Avion Pkwy. Ste 310
Chantilly, VA 20151


Volvo Financial Services
P.O. Box 7247-0236
Philadelphia, PA 19170-0236


Walker Sand & Stone
19238 Inglewood Road
Culpeper, VA 22701


Water Management Solutions
P.O. Box 1171
Pamplin, VA 23958


Wells Fargo
P.O. Box 3072
Cedar Rapids, IA 52406-3072


Xylem Dewatering Solutions
26717 Network Place
Chicago, IL 60673-1267
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **SKS Construction, Inc.**                                                          Case No.
                                        Debtor(s)                                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **SKS Construction, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 9, 2021** | **/s/ David K. Spiro** |
| Date | **David K. Spiro** |
| | Signature of Attorney or Litigant |
| | Counsel for **SKS Construction, Inc.** |
| | **Spiro & Browne, PLC** |
| | **6802 Paragon Place** |
| | **Suite 410** |
| | **Richmond, VA 23230** |
| | **804-441-6080 Fax:804-836-1855** |
| | **dspiro@sblawva.com** |