# Kelemen & Stephens, PLLC

Certified Public Accountants
A Professional Limited Liability Company

Wendy Kelemen, CPA
W. Scott Stephens, CPA

1601 Olde William St Ste C
Fredericksburg, VA 22401-5525
Phone: 540-371-1101
Facsimile: 540-371-0316
Website: www.fburgcpas.com

To the Board of Directors
SKS Construction, Inc.
Fredericksburg, Virginia

Management is responsible for the accompanying interim financial statements of SKS Construction, Inc. (an S corporation), which comprise the statement of assets, liabilities and stockholders' equity- income tax basis as of December 31, 2020 and 2019, and the related statement of revenue and expense- income tax basis for the one month and twelve months then ended in accordance with income tax basis of accounting, and for determining that the income tax basis of accounting is an acceptable financial reporting framework. We have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. We did not audit or review the interim financial statements nor were we required to perform any procedures to verify the accuracy or completeness of the information provided by management. Accordingly, we do not express an opinion, a conclusion, nor provide any form of assurance on these interim financial statements.

The interim financial statements are prepared in accordance with the income tax basis of accounting, which is a basis of accounting other than accounting principles generally accepted in the United States of America.

Management has elected to omit substantially all of the disclosures ordinarily included in interim financial statements prepared in accordance with the income tax basis of accounting. If the omitted disclosures were included in the interim financial statements, they might influence the user's conclusions about the Company's assets, liabilities, equity, revenues and expenses. Accordingly, the interim financial statements are not designed for those who are not informed about such matters.

KELEMEN & STEPHENS, PLLC
Certified Public Accountants

May 27, 2021

Member: American Institute of Certified PublicAccountants - Virginia Society of Certified Public Accountants

### SKS CONSTRUCTION INC
### STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS' EQUITY- INCOME TAX BASIS
### AS OF DECEMBER 31, 2020 AND 2019

#### ASSETS

| | 2020 | 2019 |
|---|---|---|
| **CURRENT ASSETS** | | |
| Petty Cash | $ 1,775.00 | $ 1,775.00 |
| Operating Account- VACB | 20,760.64 | 25,596.57 |
| Payroll Account | 211.35 | 211.35 |
| Savings Account | 0.02 | 0.02 |
| Payroll Account- VACB | (10,666.09) | (14,617.69) |
| Investments | 19,499.16 | 23,972.66 |
| Advances to Employees | 23,584.12 | 24,280.12 |
| Due from ADP | 263.52 | 263.52 |
| Prepaid Wages | 0.00 | 1,700.00 |
| **TOTAL CURRENT ASSETS** | 55,427.72 | 63,181.55 |
| **PROPERTY AND EQUIPMENT** | | |
| Land | 52,259.45 | 52,259.45 |
| Vehicles & Trailers | 676,426.43 | 687,332.76 |
| Equipment | 129,908.91 | 129,908.91 |
| Heavy Machinery | 2,368,736.45 | 3,562,906.45 |
| Furniture and Fixtures | 30,527.58 | 30,527.58 |
| Building Improvements | 48,676.60 | 48,676.60 |
| Section 179 C/O | 67,000.00 | 67,000.00 |
| Less Accumulated Depreciation | (3,054,112.61) | (3,836,400.22) |
| **NET PROPERTY AND EQUIPMENT** | 319,422.81 | 742,211.53 |
| **OTHER ASSETS** | | |
| Loan Fees | 20,823.50 | 20,823.50 |
| Other Asset- Ford Lease | 18,547.81 | 26,455.04 |
| Accumulated Amortization | (14,180.29) | (12,809.60) |
| **TOTAL OTHER ASSETS** | 25,191.02 | 34,468.94 |
| **TOTAL ASSETS** | $ 400,041.55 | $ 839,862.02 |

See Accountants' Compilation Report

## SKS CONSTRUCTION INC
### STATEMENT OF ASSETS, LIABILITIES AND STOCKHOLDERS' EQUITY- INCOME TAX BASIS
### AS OF DECEMBER 31, 2020 AND 2019

### LIABILITIES AND STOCKHOLDERS' EQUITY

|  | 2020 | 2019 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Loans from Stockholder - SZ | $         37,800.00 | $         25,000.00 |
| Loans from Stockholder - JZ | 171,016.04 | 145,916.04 |
| Due to Steve | 7,168.82 | 4,598.82 |
| Credit Card Payable - Caterpillar | 59,171.66 | 52,870.71 |
| Federal & FICA Withheld | 78,651.68 | 0.00 |
| State Taxes Withheld | 14,930.64 | 0.00 |
| Accrued Payroll Taxes | 213.68 | 0.00 |
| Unredeemed Payroll Checks | 17,576.60 | 16,854.78 |
| Due to Gemini Land Development | 111,368.09 | 120,968.09 |
| Notes Payable Current | 340,724.10 | 456,619.07 |
| **TOTAL CURRENT LIABILITIES** | 838,621.31 | 822,827.51 |
| | | |
| **LONG-TERM LIABILITIES** | | |
| Note Payable- VA Community Bank | 845,365.66 | 910,272.39 |
| Note Payable- SBA Loan | 150,000.00 | 0.00 |
| Note Payable- 2020 Ford Explorer | 59,569.42 | 0.00 |
| N/P 2016 Silverado | 34,592.22 | 39,959.59 |
| N/P 2015 Volvo A25G | 0.00 | 276,176.21 |
| N/P- Cat CP56B | 82,236.61 | 95,205.82 |
| N/P Komatsu PC390 | 0.00 | 78,201.62 |
| N/P 2019 Ford Lease | 18,547.81 | 26,455.04 |
| N/P- Wells Fargo Brushcat | 0.00 | 1,754.87 |
| N/P- Komatsu GR-5 | 12,702.81 | 12,702.81 |
| N/P- Komatsu Dozer | 0.00 | 50,824.08 |
| N/P Wells Fargo Trench Roller | 21,183.83 | 25,952.50 |
| N/P 2018 Takeuchi Excavator | 118,063.48 | 134,066.53 |
| N/P- 2016 Ford Super Duty | 13,683.58 | 21,709.46 |
| N/P- 2014 F150 | 12,351.31 | 16,783.50 |
| N/P- 2016 Ford F-150 | 12,620.34 | 20,013.56 |
| N/P- Ally Tahoe | 0.00 | 35,084.98 |
| N/P- 2017 Ford F150 | 16,365.45 | 23,497.38 |
| Less Current Portion | (340,724.10) | (456,619.07) |
| **TOTAL LONG-TERM LIABILITIES** | 1,056,558.42 | 1,312,041.27 |
| | | |
| **TOTAL LIABILITIES** | 1,895,179.73 | 2,134,868.78 |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Acc. Other Comprehensive Income | 1,961.83 | 6,435.33 |
| Distribution to Stockholders | 0.00 | (93.74) |
| Capital Stock | 1,000.00 | 1,000.00 |
| Paid in Capital | 415,107.71 | 415,107.71 |
| Retained Earnings | (1,717,549.80) | (1,543,013.01) |
| Current Earnings | (195,657.92) | (174,443.05) |
| **TOTAL STOCKHOLDERS' EQUITY** | (1,495,138.18) | (1,295,006.76) |
| | | |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $         400,041.55 | $         839,862.02 |

See Accountants' Compilation Report

## SKS CONSTRUCTION INC
### STATEMENT OF REVENUE AND EXPENSE- INCOME TAX BASIS
### FOR THE ONE MONTH AND TWELVE MONTHS ENDED
### DECEMBER 31, 2020 AND 2019

| | 1 Month Ended Dec 31, 2020 | % | 1 Month Ended Dec 31, 2019 | % | 12 Months Ended Dec 31, 2020 | % | 12 Months Ended Dec 31, 2019 | % |
|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | |
| Job Income | $ 37,131.71 | 79.46 | $ 100,498.50 | 91.28 | $ 1,011,443.57 | 99.06 | $ 4,460,934.08 | 99.79 |
| Rental Income | 9,600.00 | 20.54 | 9,600.00 | 8.72 | 9,600.00 | 0.94 | 9,600.00 | 0.21 |
| **TOTAL INCOME** | 46,731.71 | 100.00 | 110,098.50 | 100.00 | 1,021,043.57 | 100.00 | 4,470,534.08 | 100.00 |
| **COST OF CONSTRUCTION** | | | | | | | | |
| Material and Supplies | 10,284.25 | 22.01 | 1,333.29 | 1.21 | 247,425.80 | 24.23 | 1,218,564.02 | 27.26 |
| Equipment Rental | 1,693.10 | 3.62 | 50,972.07 | 46.30 | 115,293.29 | 11.29 | 287,953.80 | 6.44 |
| Salaries- Other | 27,198.30 | 58.20 | 39,504.00 | 35.88 | 378,749.80 | 37.09 | 840,481.38 | 18.80 |
| Other Job Fees | 200.00 | 0.43 | (480.00) | (0.44) | 35,577.99 | 3.48 | 433,374.08 | 9.69 |
| Subcontractors | 2,690.00 | 5.76 | 75,931.46 | 68.97 | 166,110.07 | 16.27 | 464,684.93 | 10.39 |
| Drafting/Engineering | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 98.00 | 0.00 |
| **TOTAL COST OF CONSTRUCTION** | 42,065.65 | 90.02 | 167,260.82 | 151.92 | 943,156.95 | 92.37 | 3,245,156.21 | 72.59 |
| **GROSS PROFIT** | 4,666.06 | 9.98 | (57,162.32) | (51.92) | 77,886.62 | 7.63 | 1,225,377.87 | 27.41 |
| **OPERATING EXPENSES** | | | | | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 | 10,176.98 | 1.00 | 10,400.00 | 0.23 |
| Casual Labor | 0.00 | 0.00 | 317.00 | 0.29 | 1,550.00 | 0.15 | 917.00 | 0.02 |
| Bad Debts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 258,691.46 | 5.79 |
| Contributions | 233.10 | 0.50 | 0.00 | 0.00 | 233.10 | 0.02 | 2,900.00 | 0.06 |
| Depreciation | 11,483.08 | 24.57 | 42,997.22 | 39.05 | 182,591.42 | 17.88 | 363,707.32 | 8.14 |
| Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 39.99 | 0.00 | 39.99 | 0.00 |
| Employee Benefits | 0.00 | 0.00 | 0.00 | 0.00 | 2,003.54 | 0.20 | 12,089.41 | 0.27 |
| Insurance | 7,207.95 | 15.42 | 8,763.61 | 7.96 | 100,755.45 | 9.87 | 109,898.46 | 2.46 |
| Interest | 21.52 | 0.05 | 18,326.23 | 16.65 | 56,407.34 | 5.52 | 120,735.15 | 2.70 |
| Lease Expense | 0.00 | 0.00 | 754.20 | 0.69 | 9,050.40 | 0.89 | 754.20 | 0.02 |
| Legal | 0.00 | 0.00 | (6,000.00) | (5.45) | 0.00 | 0.00 | 8,729.78 | 0.20 |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0.00 | 1,231.91 | 0.12 | 1,887.11 | 0.04 |
| Office Expense | 454.35 | 0.97 | 390.07 | 0.35 | 8,176.64 | 0.80 | 16,571.00 | 0.37 |
| Rent | 3,000.00 | 6.42 | 3,000.00 | 2.72 | 33,000.00 | 3.23 | 36,000.00 | 0.81 |
| Repairs and Maintenance | 447.74 | 0.96 | 373.66 | 0.34 | 23,741.19 | 2.33 | 94,234.22 | 2.11 |
| Salaries-Officers | 51,533.02 | 110.27 | 40,908.00 | 37.16 | 183,033.02 | 17.93 | 116,588.00 | 2.61 |
| Supplies & Uniforms | 0.00 | 0.00 | 0.00 | 0.00 | 402.10 | 0.04 | 310.81 | 0.01 |
| Taxes-Payroll | 3,497.58 | 7.48 | 3,833.13 | 3.48 | 42,000.96 | 4.11 | 72,755.32 | 1.63 |
| Taxes and Licenses | 240.00 | 0.51 | 14,610.70 | 13.27 | 5,175.16 | 0.51 | 65,815.70 | 1.47 |
| Telephone | 0.00 | 0.00 | 1,665.68 | 1.51 | 16,154.36 | 1.58 | 16,032.40 | 0.36 |
| Training | 0.00 | 0.00 | 0.00 | 0.00 | 927.32 | 0.09 | 272.68 | 0.01 |
| Utilities | 339.38 | 0.73 | 1,143.00 | 1.04 | 13,730.35 | 1.34 | 14,318.00 | 0.32 |
| Vehicle Expense | 0.00 | 0.00 | 8,334.92 | 7.57 | 8,621.69 | 0.84 | 36,927.96 | 0.83 |
| Penalties | 9,526.35 | 20.39 | 7,813.08 | 7.10 | 9,612.58 | 0.94 | 8,281.73 | 0.19 |
| Officer's Health Insurance | (30,840.00) | (65.99) | (27,418.00) | (24.90) | 0.00 | 0.00 | 0.00 | 0.00 |
| Officer's Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 47,648.29 | 4.67 | 30,963.22 | 0.69 |
| **TOTAL OPERATING EXPENSES** | 57,144.07 | 122.28 | 119,812.50 | 108.82 | 756,263.79 | 74.07 | 1,399,820.92 | 31.31 |
| **OPERATING INCOME (LOSS)** | (52,478.01) | (112.30) | (176,974.82) | (160.74) | (678,377.17) | (66.44) | (174,443.05) | (3.90) |

See Accountants' Compilation Report

## SKS CONSTRUCTION INC
### STATEMENT OF REVENUE AND EXPENSE- INCOME TAX BASIS
### FOR THE ONE MONTH AND TWELVE MONTHS ENDED
### DECEMBER 31, 2020 AND 2019

| | 1 Month Ended Dec 31, 2020 | % | 1 Month Ended Dec 31, 2019 | % | 12 Months Ended Dec 31, 2020 | % | 12 Months Ended Dec 31, 2019 | % |
|---|---|---|---|---|---|---|---|---|
| **OTHER INCOME (EXP)** | | | | | | | | |
| Gain on Sale of Assets | 237,507.92 | 508.24 | 0.00 | 0.00 | 146,625.26 | 14.36 | 0.00 | 0.00 |
| Other Income | (237,507.92) | (508.24) | 0.00 | 0.00 | 167,693.99 | 16.42 | 0.00 | 0.00 |
| Non-taxable Income (PPP) | 0.00 | 0.00 | 0.00 | 0.00 | 158,400.00 | 15.51 | 0.00 | 0.00 |
| Non-taxable Income (EIDL) | 0.00 | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.98 | 0.00 | 0.00 |
| **TOTAL OTHER INCOME (EXP)** | 0.00 | 0.00 | 0.00 | 0.00 | 482,719.25 | 47.28 | 0.00 | 0.00 |
| **NET INCOME (LOSS)** | $ (52,478.01) | (112.30) | $ (176,974.82) | (160.74) | $ (195,657.92) | (19.16) | $ (174,443.05) | (3.90) |