| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **SKS Construction, Inc.**<br>Name | EIN **54–1666652** |
| United States Bankruptcy Court **Eastern District of Virginia**<br>Case number: **21–31862–KLP** | | Date case filed for chapter **11**   **June 9, 2021** |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SKS Construction, Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10900 Houser Drive<br>Fredericksburg, VA 22408 | |
| 4. | **Debtor's attorney**<br>Name and address | David K. Spiro<br>Spiro & Browne, PLC<br>6802 Paragon Place, Suite 410<br>Richmond, VA 23230 | Contact phone 804–441–6102<br><br>Email: dspiro@sblawva.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard C. Maxwell<br>P.O. Box 14125<br>Roanoke, VA 24038–4125 | Contact phone 540–983–7600<br><br>Email: rmaxwell@woodsrogers.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | **Location of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **Clerk of the Bankruptcy Court:**<br>William C. Redden<br><br>**Court Information:**<br>Hours open:<br>9:00 a.m. to 4:00 p.m. Monday thru Friday<br><br>Contact phone 804–916–2400<br><br>Date: 6/10/21 |

**For more information, see page 2 >**

| Debtor | SKS Construction, Inc. | | Case number | 21-31862-KLP |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **July 12, 2021 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**For telephonic 341 creditors meeting, dial-in contact information 877-989-1106, Access Code: 2506551. For updates see, www.vaeb.uscourts.gov** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | | **For all creditors (except a governmental unit):** | 8/18/21 |
| | | **For a governmental unit:** | 12/6/21 |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** | **Filing deadline for dischargeability complaints: September 10, 2021** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 13. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules, statements, and plan, or to attend meeting of creditors. (Local Bankruptcy Rules 1007-1, 1007-3, and 2003-1, and Interim Procedure 3016-1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004-2 and 6007-1. | |
| 14. | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non-debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non-debtor's credit card. | |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877-837-3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:                                                 Case Number: 21−31862−KLP
                                                                                    Chapter 11

SKS Construction, Inc.

Social Security/Taxpayer ID Nos.:

54−1666652

                 Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM
## AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is August 18, 2021 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until December 6, 2021, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated: June 10, 2021                                 **FOR THE COURT:**

Proof of Claim page for Chapter 11                  William C. Redden
                                                                        Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 21-31862-KLP |
|---|---|
| SKS Construction, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: smithla | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 309F2 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SKS Construction, Inc., 10900 Houser Drive, Fredericksburg, VA 22408-2452 |
| aty | + | Kathryn R. Montgomery, Office of the United States Trustee, 701 East Broad Street, Ste. 4303, Richmond, VA 23219-1833 |
| tr | | Richard C. Maxwell, P.O. Box 14125, Roanoke, VA 24038-4125 |
| ust | + | John P. Fitzgerald, III, Office of the US Trustee - Region 4 -R, 701 E. Broad Street, Ste. 4304, Richmond, VA 23219-1849 |
| 15673106 | + | A&B Kearns Trucking & Stone, 16381 Brandy Rd., Culpeper, VA 22701-4636 |
| 15673107 | + | A.I.T., LLC, 1928 Anderson Road, Falls Church, VA 22043-1152 |
| 15673109 | + | ACG Trucking, c/o Brenden Shapiro, Esq., 10521 Judicial Dr., Ste. 110, Fairfax, VA 22030-5160 |
| 15673108 | + | ACG Trucking, 7415 Emmitt's Road, Spotsylvania, VA 22551-2461 |
| 15673110 | + | All American Paving & Sealing, 8136 Belmont Rd., Spotsylvania, VA 22551-5678 |
| 15673111 | | American Shoring, Inc., 207 Lake St. (Route 32), Newburgh, NY 12550-0000 |
| 15673112 | + | Anariba Concrete, 11208 Surry Woods Ct., Fredericksburg, VA 22407-5077 |
| 15673113 | + | Blue Ridge Bank, P.O. Box 888, Louisa, VA 23093-0888 |
| 15673114 | + | C2C Resources, 56 Perimeter Center East, Suite 1, Atlanta, GA 30346-2296 |
| 15673117 | | CAT Commercial Revolv. Acct., Dept. 33-802500925, Phoenix, AZ 85062-8004 |
| 15673120 | + | CP&P, 210 Stone Spring Rd, Harrisonburg, VA 22801-9651 |
| 15673115 | + | Carter Machinery, c/o David Hartnett, Esq., 150 W. Main St., Ste 1500, Norfolk, VA 23510-3403 |
| 15673116 | | Carter Machinery Co., P.O. Box 751053, Charlotte, NC 28275-1053 |
| 15673118 | + | Cat Financial, 2120 West End Ave., Nashville, TN 37203-5251 |
| 15673119 | + | Colonial Constr. Materials, P.O. Box 333, Oilville, VA 23129-0333 |
| 15673121 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit / Bankruptcy, P.O. Box 62180, Colorado Springs, CO 80962-0000 |
| 15673122 | + | Fullerton & Knowles, 12642 Chapel Road, Clifton, VA 20124-1953 |
| 15673123 | + | Gemini Land Development, 10900 Houser Drive, Fredericksburg, VA 22408-2452 |
| 15673124 | + | Greenway Hydroseeding, Inc., 5828 Plank Rd., Ste 113, Box 6, Fredericksburg, VA 22404-0006 |
| 15673125 | + | H & E Equip. Services, P.O. Box 849850, Dallas, TX 75284-9850 |
| 15673127 | | James River Equipment, P.O. Box 745475, Atlanta, GA 30374-5475 |
| 15673128 | + | John Zuchowski, 10503 Rhoads Drive, Fredericksburg, VA 22407-7787 |
| 15673131 | + | LB Water Service, P.O. Box 60, Selinsgrove, PA 17870-0060 |
| 15673130 | + | Larry Pritchett, Treasurer, Spotsylvania County, P.O. Box 9000, Spotsylvania, VA 22553-9000 |
| 15673132 | + | Liberty Equipment, 10879 Houser Drive, Fredericksburg, VA 22408-2451 |
| 15673133 | + | Look Out Safety Co., LLC, P.O. Box 42191, Fredericksburg, VA 22404-2191 |
| 15673134 | + | Luck Stone Corporation, P.O. Box 29871, Henrico, VA 23242-0871 |
| 15673136 | | McClung Logan Equip Co, P.O. Box 17593, Baltimore, MD 21297-1593 |
| 15673137 | + | Michaels Towing & Recovery, P.O. Box 1577, Fredericksburg, VA 22402-1577 |
| 15673138 | + | Phillips Recycling & Aggregate, 177 Wyche Rd., Stafford, VA 22554-7118 |
| 15673139 | + | Ricky Hairfield Trucking, 8619 Robert E. Lee Drive, Spotsylvania, VA 22551-3582 |
| 15673140 | + | Ronald William Stern, 211 N Union St #100, Alexandria, VA 22314-2643 |
| 15673141 | + | S.B.A. EIDL Loan, Acc. 7905, 2 N. 20th St., Ste. 320, Birmingham, AL 35203-4002 |
| 15673142 | + | S.B.A. Payroll Prot. Program, 409 3rd Street S.W., Washington, DC 20416-0011 |
| 15673143 | | Spotsylvania Co. / Revenue Com, P.O. Box 175, Spotsylvania, VA 22553-0175 |
| 15673144 | + | Steven Zuchowski, 10505 Rhoads Drive, Fredericksburg, VA 22407-7787 |
| 15673145 | + | Sullivan's Towing, 376 King's Hwy., Fredericksburg, VA 22405-3234 |
| 15673146 | + | Sullivan, Donahoe and Ingalis, P.O. Box 614, Fredericksburg, VA 22404-0614 |
| 15673147 | | Sunbelt Rentals, P.O. Box 409211, Atlanta, GA 30384-9211 |
| 15673148 | + | Superior Paving Corp., 5551 Wellington Rd., Gainesville, VA 20155-1614 |
| 15673149 | | Takeuchi Financial, P.O. Box 7167, Pasadena, CA 91109-7167 |

| District/off: 0422-7 | User: smithla | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2021 | Form ID: 309F2 | Total Noticed: 58 |

| | | |
|---|---|---|
| 15673150 | + | The Rigging Box, 8184 Newington Rd., Lorton, VA 22079-1130 |
| 15673153 | + | Virginia Paving Co., 14500 Avion Pkwy. Ste 310, Chantilly, VA 20151-1108 |
| 15673154 | | Volvo Financial Services, P.O. Box 7247-0236, Philadelphia, PA 19170-0236 |
| 15673155 | + | Walker Sand & Stone, 19238 Inglewood Road, Culpeper, VA 22701-6043 |
| 15673156 | + | Water Management Solutions, P.O. Box 1171, Pamplin, VA 23958-0171 |
| 15673157 | | Wells Fargo, P.O. Box 3072, Cedar Rapids, IA 52406-3072 |
| 15673158 | | Xylem Dewatering Solutions, 26717 Network Place, Chicago, IL 60673-1267 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dspiro@sblawva.com | Jun 11 2021 02:21:00 | David K. Spiro, Spiro & Browne, PLC, 6802 Paragon Place, Suite 410, Richmond, VA 23230 |
| 15674402 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2021 02:22:00 | DEPARTMENT OF THE TREASURY - IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15673129 | Email/Text: bbarry@komatsuna.com | Jun 11 2021 02:22:00 | Komatsu Financial, 8770 W. Bryn Mawr Ave., Chicago, IL 60631-0000 |
| 15673135 | Email/Text: camanagement@mtb.com | Jun 11 2021 02:22:00 | M & T Bank, Box 900, Millsboro, DE 19966-0000 |
| 15673151 | + Email/PDF: sluna@ur.com | Jun 11 2021 06:48:53 | United Rentals, Inc., P.O. Box 100711, Atlanta, GA 30384-0711 |
| 15673152 | + Email/Text: collections@vericore.com | Jun 11 2021 02:22:00 | VeriCore, LLC, 10115 Kincey Ave., Ste. 100, Huntersville, NC 28078-6482 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15673126 | * | I.R.S. / Special Procedures, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David K. Spiro | on behalf of Debtor SKS Construction  Inc. dspiro@sblawva.com, r54849@notify.bestcase.com |

District/off: 0422-7 | User: smithla | Page 3 of 3
Date Rcvd: Jun 10, 2021 | Form ID: 309F2 | Total Noticed: 58

John P. Fitzgerald, III
    USTPRegion04.RH.ECF@usdoj.gov

Kathryn R. Montgomery
    on behalf of U.S. Trustee John P. Fitzgerald III Kathryn.Montgomery@usdoj.gov

Richard C. Maxwell
    rmaxwell@woodsrogers.com jmartin@woodsrogers.com

TOTAL: 4