ATTACHMENT TO S.F.A. QUESTION #3

## Creditors paid > $6,825 from 3/10/21- 6/9/21

| Creditor | | Description |
|---|---|---|
| Anderson Propane Services, Inc. P.O. Box 300 Fredericksburg, VA. 22404 | | off road/ on road fuel used for equipment on jobs |
| 3/23/2021 | $ 1,798.42 | |
| 6/8/2021 | $ 2,189.37 | |
| **outstanding** | **$ 4,320.50** | |
| Anthem Blue cross and Blue Shield PO Box 27401 Richmond, VA. 23279-7401 | | Steven Zuchowski Health Inusrance premium |
| 4/5/2021 | $ 2,693.00 | |
| 5/12/2021 | $ 2,693.00 | |
| 6/8/2021 | $ 2,693.00 | |
| Carter Machinery Company, Inc. P.O. Box 751053 Charlotte, NC 28275-1053 | | Equipment parts, Repairs, and Rentals (payment to court settlement) |
| 3/19/2021 | $ 2,500.00 | Court case |
| 4/19/2021 | $ 2,500.00 | Court case |
| 5/19/2021 | $ 2,500.00 | Court case |
| **Outstanding** | **$ 11,126.57** | |
| Curbmasters & Concrete, Inc 45 Potomac Creek Drive Suite 101 Fredericksburg, Va. 22405 | | Concrete Subcontractor |
| 6/1/2021 | $ 29,285.00 | |
| Diversified Estimating P.O. Box 1059 Culpeper, VA. 22701 | | Estimating/ Takeoffs for bidding |
| 3/26/2021 | $ 8,264.75 | |
| outstanding | $ 2,006.25 | |
| DMJT Trucking, LLC 7196 Quarters Road Woodford, Va. 22580 | | Trucking/ Hauling Subcontractor |
| 3/23/2021 | $ 8,362.50 | |
| 4/19/2021 | $ 385.00 | |
| 4/20/2021 | $ 402.50 | |
| 5/24/2021 | $ 3,955.10 | |
| 6/11/2021 | $ 612.50 | |

| | | |
|---|---|---|
| Erie Insurance | | General Liability/ Worker's Comp Insurance premium |
| 100 Erie Insurance Place | | |
| Erie, PA 16530 | | |
| 3/24/2021 | $ 7,086.96 | |
| 4/19/2021 | $ 7,120.62 | |
| 5/26/2021 | $ 7,125.62 | |
| | | |
| Glenn Nicholls, SR. | | Monthly Rent - 10900 Houser Drive |
| 11516 Nicholls Road | | |
| Fredericksburg, VA. 22408 | | |
| 4/7/2021 | $ 3,000.00 | |
| 5/14/2021 | $ 3,000.00 | |
| 6/11/2021 | $ 3,000.00 | |
| | | |
| Heavy Hauling | | Trucking/ Hauling Subcontractor |
| 402 Cooper Street | | |
| Spotsylvania, Va. 22551 | | |
| 3/15/2021 | $ 945.00 | |
| 3/22/2021 | $ 840.00 | |
| 4/22/2021 | $ 455.00 | |
| 5/17/2021 | $ 4,795.00 | |
| 6/10/2021 | $ 3,080.00 | |
| | | |
| Hutson Construction, Inc. | | Subcontractor |
| 14 Woodside Lane | | |
| Stafford, Va. 22556 | | |
| 6/3/2021 | $ 10,200.00 | |
| | | |
| LB Water Service, Inc. | | Supplier |
| PO Box 60 | | |
| Selinsgrove, PA 17870 | | |
| 4/2/2021 | $ 2,148.86 | |
| 4/2/2021 | $ 26,732.69 | |
| Outstanding | $ 20,161.64 | |
| | | |
| Quarles Fleet Fueling | | Fuel for Vehicles and some equipment |
| P.O. Box 7327 | | |
| Fredericksburg, VA. 22404-7327 | | |
| 3/22/2021 | $ 2,093.98 | |
| 4/26/2021 | $ 3,775.75 | |
| 6/7/2021 | $ 2,699.77 | |
| | | |
| Spiro & Browne | | Attorney |
| 6802 Paragon Place, suite 410 | | |
| Richmond, Va. 23230 | | |
| 4/13/2021 | $ 20,000.00 | |

| Sullivan's Towing & Recovery | Towing/ Equipment moves/mobilization |
| --- | --- |
| 376 King's Hwy | |
| Fredericksburg, Va. 22405 | |
| 3/30/2021    $ 21,607.50 | |
| 6/14/2021    $ 10,610.75 | |

| Takeuchi | Equipment Payment |
| --- | --- |
| P.O. Box 7167 | |
| Pasadena, Ca. 91109-7167 | |
| 3/26/2021    $ 5,636.12 | |
| 4/12/2021    $ 2,545.00 | |
| 5/13/2021    $ 5,355.56 | |

ATTACHMENT TO S.F.A. QUESTION #30

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No. | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency:** Biweekly | | | | | | | | | |
| **Department:** 07 - Exec-Supervision | | | | | | | | | |
| 12/24/2020 - Manual | ZUCHOWSKI, JOHN | 0.00 | 4,500.02 | 1,400.37 | 0.00 | 3,099.65 | 4908 | 344.25 | 4,844.27 |
| 12/10/2020 - Manual | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 1217 | 344.25 | 4,844.25 |
| 11/25/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12212 | 344.25 | 4,844.25 |
| 11/12/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12199 | 344.25 | 4,844.25 |
| 10/29/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12187 | 344.25 | 4,844.25 |
| 10/15/2020 | ZUCHOWSKI, JOHN | 80.00 | 3,600.00 | 1,063.75 | 0.00 | 2,536.25 | 12176 | 275.40 | 3,875.40 |
| 10/01/2020 | ZUCHOWSKI, JOHN | 80.00 | 3,600.00 | 1,063.75 | 0.00 | 2,536.25 | 12165 | 275.40 | 3,875.40 |
| 09/17/2020 | ZUCHOWSKI, JOHN | 90.00 | 4,050.00 | 1,232.05 | 0.00 | 2,817.95 | 12154 | 309.83 | 4,359.83 |
| 09/03/2020 | ZUCHOWSKI, JOHN | 80.00 | 3,600.00 | 1,063.75 | 0.00 | 2,536.25 | 12142 | 275.40 | 3,875.40 |
| 08/20/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12130 | 344.25 | 4,844.25 |
| 08/06/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12117 | 344.25 | 4,844.25 |
| 07/23/2020 | ZUCHOWSKI, JOHN | 90.00 | 4,050.00 | 1,232.06 | 0.00 | 2,817.94 | 12104 | 309.83 | 4,359.83 |
| 07/09/2020 | ZUCHOWSKI, JOHN | 80.00 | 3,600.00 | 1,063.75 | 0.00 | 2,536.25 | 12091 | 275.40 | 3,875.40 |
| 06/25/2020 | ZUCHOWSKI, JOHN | 80.00 | 3,600.00 | 1,063.75 | 0.00 | 2,536.25 | 12077 | 275.40 | 3,875.40 |
| 06/11/2020 | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,400.35 | 0.00 | 3,099.65 | 12060 | 344.25 | 4,844.25 |
| **Department Totals: 07 - Exec-Supervision** | | 1,300.00 | $63,000.02 | $19,322.28 | $0.00 | $43,677.74 | | $4,819.51 | $67,819.53 |
| **Total Net Pays for 07 - Exec-Supervision: 13** | | | | | | | | | |
| **Pay Frequency Totals: Biweekly** | | 1,300.00 | $63,000.02 | $19,322.28 | $0.00 | $43,677.74 | | $4,819.51 | $67,819.53 |
| **Total Net Pays for Biweekly frequency: 13** | | | | | | | | | |
| **Company Totals:** | | 1,300.00 | $63,000.02 | $19,322.28 | $0.00 | $43,677.74 | | $4,819.51 | $67,819.53 |
| **Total Net Pays for Company: 13** | | | | | | | | | |

Company: SKS Construction Inc
Check dates from: 6/11/2020 - Payroll 1 to: 12/24/2020 - Payroll 1
Pay Period from: 05/24/2020 to: 12/19/2020

1 of 1

Date Printed: 06/14/2021 11:58
21693633 - RWIV55

## Payroll Summary

| Check Date | Pay Frequency / Department | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2021 | 07 - Exec-Supervision | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12371 | 344.25 | 4,844.25 |
| 05/27/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12360 | 344.25 | 4,844.25 |
| 05/13/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12347 | 344.25 | 4,844.25 |
| 04/29/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12335 | 344.25 | 4,844.25 |
| 04/15/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12324 | 344.25 | 4,844.25 |
| 04/01/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12313 | 344.25 | 4,844.25 |
| 03/18/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12299 | 344.25 | 4,844.25 |
| 03/04/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12284 | 344.25 | 4,844.25 |
| 02/18/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12270 | 344.25 | 4,844.25 |
| 02/04/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12256 | 344.25 | 4,844.25 |
| 01/21/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12243 | 402.30 | 4,902.30 |
| 01/07/2021 | | ZUCHOWSKI, JOHN | 100.00 | 4,500.00 | 1,396.72 | 0.00 | 3,103.28 | 12229 | 409.30 | 4,909.30 |
| Department Totals: 07 - Exec-Supervision: 12 | | | 1,200.00 | $54,000.00 | $16,760.64 | $0.00 | $37,239.36 | | $4,254.10 | $58,254.10 |
| Total Net Pays for 07 - Exec-Supervision: 12 | | | 1,200.00 | $54,000.00 | $16,760.64 | $0.00 | $37,239.36 | | $4,254.10 | $58,254.10 |
| Pay Frequency Totals: Biweekly | | | | | | | | | | |
| Total Net Pays for Biweekly frequency: 12 | | | 1,200.00 | $54,000.00 | $16,760.64 | $0.00 | $37,239.36 | | $4,254.10 | $58,254.10 |
| Company Totals: | | | | | | | | | | |
| Total Net Pays for Company: 12 | | | 1,200.00 | $54,000.00 | $16,760.64 | $0.00 | $37,239.36 | | $4,254.10 | $58,254.10 |

Company: SKS Construction Inc.
Check dates from: 1/7/2021 - Payroll 1 to: 6/10/2021 - Payroll 1
Pay Period from: 12/20/2020 to: 06/05/2021

1 of 1

Date Printed: 06/14/2021 11:57
21693633 - RW/v55

Payments Made to John Zuchowski 06/01/2020- Present

| Date | Check # | Amount | For |
|---|---|---|---|
| 6/29/2020 | 4686 | $ 4,396.63 | reimbursment for charges to personal credit card |
| 6/29/2020 | 4687 | $ 5,000.00 | reimbursment for life insurance premiums |
| 8/15/2020 | 4744 | $ 2,500.00 | reimbursment for charges to personal credit card |
| 9/10/2020 | 4769 | $ 2,196.58 | reimbursment for charges to personal credit card |
| 10/9/2020 | 4813 | $ 3,428.75 | reimbursment for charges to personal credit card |
| 1/7/2021 | 4930 | $ 8,464.60 | reimbursment for life insurance premiums |
| 3/23/2021 | 4999 | $ 8,764.60 | reimbursment for life insurance premiums |
| 4/1/2021 | 5014 | $ 8,423.63 | reimbursment for charges to personal credit card |
| 4/15/2021 | 5024 | $ 2,082.17 | reimbursment for charges to personal credit card |

Total: $ 45,256.96