**Fill in this information to identify the case:**

Debtor name   **SKS Construction, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **21-31862-KLP**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................... $    **180,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................. $    **1,582,530.84**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................... $    **1,762,530.84**

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **1,163,035.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $    **144,000.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$    **1,774,480.00**

4.  **Total liabilities** ......................................................................................................................................
   Lines 2 + 3a + 3b      $    **3,081,515.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SKS Construction, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **21-31862-KLP** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3.**   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Blue Ridge Bank** | **checking - general** | **6513** | **$36,921.00** |
| 3.2. | **Blue Ridge Bank** | **checking - payroll** | **6611** | **$272.84** |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$37,193.84** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

| Debtor | SKS Construction, Inc. | | Case number *(if known)* 21-31862-KLP |
|--------|------------------------|---|----------------------------------------|
| | Name | | |

| 11a. 90 days old or less: | **222,923.00** | - | **10,000.00** = .... | **$212,923.00** |
|---------------------------|----------------|---|----------------------|-----------------|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **685,553.00** | - | **655,553.00** =... | **$30,000.00** |
|------------------------|----------------|---|---------------------|----------------|
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    **$242,923.00**

### Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

| 14.1. | **Edward Jones brokerage account - #922-05376-1-8** | | **$22,891.00** |
|-------|------------------------------------------------------|---|----------------|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                          % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

    **$22,891.00**

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** jobs in progress - contract amount is $1,525,159, net expected profit approx. $150,000 | | **$0.00** | | **$150,000.00** |

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| Debtor | SKS Construction, Inc. | Case number *(If known)* 21-31862-KLP |
|---|---|---|
| | Name | |

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$150,000.00

**24.** **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**
office furniture, fixture, supplies, computers, etc. | $0.00 | Comparable sale | $500.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$500.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Debtor    **SKS Construction, Inc.** _____    Case number *(If known)* **21-31862-KLP** _____
_____Name_____

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | |
| 47.1.  **2014 Ford F-150** | $0.00 | Comparable sale | $11,500.00 |
| 47.2.  **2016 Ford F-150** | $0.00 | Comparable sale | $11,500.00 |
| 47.3.  **2017 Ford F-150** | $0.00 | Comparable sale | $15,000.00 |
| 47.4.  **2020 Ford Explorer** | $0.00 | Comparable sale | $57,000.00 |
| 47.5.  **2016 Chev. Silverado** | $0.00 | Comparable sale | $32,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
see attached APPRAISAL dated 4.12.21
covering trucks and heavy equipment, all of
which are free and clear but subject to the
blanket lien of Blue Ridge Bank**

| | | | |
|---|---|---|---|
| **see attached APPRAISAL...blanket lien of Blue Ridge Bank** | $0.00 | Appraisal | $804,210.00 |
| **CP56B Roller** | $0.00 | Comparable sale | $76,000.00 |
| **topcon laser** | $0.00 | Comparable sale | $14,000.00 |
| **2018 TL 12 TB2150 excavator** | $0.00 | Comparable sale | $25,000.00 |
| **2018 Wacker Neuson Model RTLX-SC3 trench<br>roller RTL** | $0.00 | Comparable sale | $18,000.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,064,210.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **SKS Construction, Inc.** | | Case number *(If known)* **21-31862-KLP** |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

### 54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **8515 Indian Hills Park, Spotsylvania, VA 22408, Lot 6, Sec. 3, tax map 49-13-6 (value based on market analysis by Clear Capital dated 4/6/21 (NOTE: BLUE RIDGE BANK HAS A DEED OF TRUST ON THIS PROPERTY WHICH SERVES AS ADDITIONAL COLLATERAL)** | fee simple | $0.00 | Appraisal | $180,000.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$180,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 10: Intangibles and intellectual property

### 59. Does the debtor have any interests in intangibles or intellectual property?

■ No. Go to Part 11.

☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

Current value of debtor's interest

| Debtor | **SKS Construction, Inc.** | Case number *(if known)* **21-31862-KLP** |
|---|---|---|
| | Name | |

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
life ins. on Steve Zuchowski, Nationwide, debtor is
beneficiary, cash value is $32,409                                    $32,409.00

Life insurance on Steve Zuchowski through Nationwide,
with Debtor has beneficiary, policy has cash value               $32,404.00

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**
**Claim against Brookwood Development Group for
breach of contract, Debtor intends to file suit**                   Unknown

| Nature of claim | breach of contract |
| Amount requested | $202,405.00 |

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**                                          $64,813.00
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor      **SKS Construction, Inc.** _____      Case number *(If known)* **21-31862-KLP** _____
      Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,193.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $242,923.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $22,891.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,064,210.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................................> | | $180,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $64,813.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,582,530.84 | + 91b. $180,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,762,530.84 |

PDF Attachment

A PDF file has been attached to this document.  This file
will appear here when a PDF is created using the ECFiling
button on the Print Documents window.


Pages: 5
File:  SKS equipment and trucks subject to Blue Ridge blanket lien_0001.pdf
Path:  C:\Users\David Spiro\Documents

Fill in this information to identify the case:

Debtor name   **SKS Construction, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **21-31862-KLP**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | Column A | Column B |
|---|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Blue Ridge Bank** | Describe debtor's property that is subject to a lien | $904,728.00 | $804,210.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 888**
**Louisa, VA 23093**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9885**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**trucks and heavy equipment on appraisal ($804,210), A/R ($305,652), 8525 Indian Hills Park ($180,00), other ($75,000) - total estimated collateral value of $1,364,862**

Describe the lien
**misc.**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Cat Financial** | Describe debtor's property that is subject to a lien | $75,367.00 | $76,000.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Ave.**
**Nashville, TN 37203**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**5/18**

**Last 4 digits of account number**
**7095**

Do multiple creditors have an interest in the same property?

**CP56B Roller**

Describe the lien
**equipment**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| Debtor | SKS Construction, Inc. | | Case number (if known) | 21-31862-KLP |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Ford Motor Credit / Bankruptcy**
Creditor's Name

P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/17
**Last 4 digits of account number**
2928
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2014 Ford F-150

Describe the lien
vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,087.00          $11,500.00

---

**2.4 Ford Motor Credit / Bankruptcy**
Creditor's Name

P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/17
**Last 4 digits of account number**
3682
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
2016 Ford F-150

Describe the lien
vehicle
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,612.00          $11,500.00

---

**2.5 Ford Motor Credit / Bankruptcy**
Creditor's Name

P.O. Box 62180
Colorado Springs, CO 80962
Creditor's mailing address

Describe debtor's property that is subject to a lien
2017 Ford F-150

Describe the lien
vehicle

$14,496.00          $15,000.00

---

| Debtor | SKS Construction, Inc. | | Case number (if known) | 21-31862-KLP |
|---|---|---|---|---|
| | Name | | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| 8/17 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| 6009 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Ford Motor Credit / Bankruptcy** | Describe debtor's property that is subject to a lien | $56,013.00 | $57,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Ford Explorer** | | |
| | P.O. Box 62180 Colorado Springs, CO 80962 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | vehicle | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | 7/20 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 3844 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $14,173.00 | $14,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **topcon laser** | | |
| | 8770 W. Bryn Mawr Ave. Chicago, IL 60631 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | equipment | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | 3554 | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **SKS Construction, Inc.** | Case number (if known) | **21-31862-KLP** |
|---|---|---|---|
| | Name | | |

---

**2.8** **M & T Bank**
Creditor's Name

**Box 900**
**Millsboro, DE 19966**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/18**
**Last 4 digits of account number**
**4859**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Chev. Silverado**

Describe the lien
**vehicle**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,816.00          $32,000.00

---

**2.9** **Takeuchi Financial**
Creditor's Name

**P.O. Box 7167**
**Pasadena, CA 91109-7167**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9689**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2018 TL 12 TB2150 excavator**

Describe the lien
**equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$25,870.00          $25,000.00

---

**2.1 0** **Wells Fargo**
Creditor's Name
**P.O. Box 3072**
**Cedar Rapids, IA**
**52406-3072**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2018 Wacker Neuson Model RTLX-SC3 trench roller RTL**

Describe the lien
**equipment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$19,873.00          $18,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor | SKS Construction, Inc. | | Case number (if known) | **21-31862-KLP** |
|---|---|---|---|---|
| | Name | | | |

**7000**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$1,163,035.00**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>SKS Construction, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF VIRGINIA</td></tr>
<tr><td>Case number (if known)</td><td>21-31862-KLP</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**I.R.S. / Special Procedures**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$119,000.00** | **$119,000.00** |
| | Date or dates debt was incurred<br>**2020 & 2021** | Basis for the claim:<br>**payroll taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Spotsylvania Co. / Revenue Com**<br>**P.O. Box 175**<br>**Spotsylvania, VA 22553-0175** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$25,000.00** | **$25,000.00** |
| | Date or dates debt was incurred<br>**2020 & 2021** | Basis for the claim:<br>**prop taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **SKS Construction, Inc.** | Case number (if known) | **21-31862-KLP** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,000.00** |
|---|---|---|---|

**A&B Kearns Trucking & Stone**
16381 Brandy Rd.
Culpeper, VA 22701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,625.00** |
|---|---|---|---|

**A.I.T., LLC**
1928 Anderson Road
Falls Church, VA 22043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00** |
|---|---|---|---|

**ACG Trucking**
7415 Emmitt's Road
Spotsylvania, VA 22551

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt, suit pending**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**All American Paving & Sealing**
8136 Belmont Rd.
Spotsylvania, VA 22551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,763.00** |
|---|---|---|---|

**American Shoring, Inc.**
207 Lake St. (Route 32)
Newburgh, NY 12550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,784.00** |
|---|---|---|---|

**Anariba Concrete**
11208 Surry Woods Ct.
Fredericksburg, VA 22407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Carter Machinery**
c/o David Hartnett, Esq.
150 W. Main St., Ste 1500
Norfolk, VA 23510

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **notice only**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SKS Construction, Inc. | Case number (if known) | 21-31862-KLP |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,000.00 |
|---|---|---|---|

Carter Machinery Co.
P.O. Box 751053
Charlotte, NC 28275-1053

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt / rentals**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,171.00 |
|---|---|---|---|

CAT Commercial Revolv. Acct.
Dept. 33-802500925
Phoenix, AZ 85062-8004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open acct**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,483.00 |
|---|---|---|---|

Colonial Constr. Materials
P.O. Box 333
Oilville, VA 23129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,237.00 |
|---|---|---|---|

CP&P
210 Stone Spring Rd
Harrisonburg, VA 22801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,046.00 |
|---|---|---|---|

Fullerton & Knowles
12642 Chapel Road
Clifton, VA 20124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **legal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,500.00 |
|---|---|---|---|

Gemini Land Development
10900 Houser Drive
Fredericksburg, VA 22408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/19-9/19**

Basis for the claim:  **loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,603.00 |
|---|---|---|---|

Greenway Hydroseeding, Inc.
5828 Plank Rd., Ste 113
Box 6
Fredericksburg, VA 22407

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **trade**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | SKS Construction, Inc. | | Case number (if known) | 21-31862-KLP |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,493.00 |
|---|---|---|---|
| | **H & E Equip. Services**<br>**P.O. Box 849850**<br>**Dallas, TX 75284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,756.00 |
|---|---|---|---|
| | **James River Equipment**<br>**P.O. Box 745475**<br>**Atlanta, GA 30374-5475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,100.00 |
|---|---|---|---|
| | **John Zuchowski**<br>**10503 Rhoads Drive**<br>**Fredericksburg, VA 22407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/17 - 3/20** | Basis for the claim:  **loans** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Komatsu Financial**<br>**8770 W. Bryn Mawr Ave.**<br>**Chicago, IL 60631** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **repo def.s - accounts, 2 machines, 1 contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365,171.00 |
|---|---|---|---|
| | **LB Water Service**<br>**P.O. Box 60**<br>**Selinsgrove, PA 17870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,589.00 |
|---|---|---|---|
| | **Liberty Equipment**<br>**10879 Houser Drive**<br>**Fredericksburg, VA 22408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,575.00 |
|---|---|---|---|
| | **Look Out Safety Co., LLC**<br>**P.O. Box 42191**<br>**Fredericksburg, VA 22404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | SKS Construction, Inc. | Case number (if known) | 21-31862-KLP |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,878.00**

**Luck Stone Corporation**
P.O. Box 29871
Henrico, VA 23242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,775.00**

**McClung Logan Equip Co**
P.O. Box 17593
Baltimore, MD 21297-1593

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,318.00**

**Michaels Towing & Recovery**
P.O. Box 1577
Fredericksburg, VA 22402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,900.00**

**Phillips Recycling & Aggregate**
177 Wyche Rd.
Stafford, VA 22554

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,536.00**

**Ricky Hairfield Trucking**
8619 Robert E. Lee Drive
Spotsylvania, VA 22551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$343,000.00**

**S.B.A. EIDL Loan**
Acc. 7905
2 N. 20th St., Ste. 320
Birmingham, AL 35203

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **loans**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**S.B.A. Payroll Prot. Program**
409 3rd Street S.W.
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SKS Construction, Inc.** | Case number (if known) | **21-31862-KLP** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|

**Steven Zuchowski**
**10505 Rhoads Drive**
**Fredericksburg, VA 22407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/19-2/20**

Basis for the claim: **loans**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,648.00** |
|---|---|---|---|

**Sullivan's Towing**
**376 King's Hwy.**
**Fredericksburg, VA 22405**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,529.00** |
|---|---|---|---|

**Sullivan, Donahoe and Ingalis**
**P.O. Box 614**
**Fredericksburg, VA 22404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,653.00** |
|---|---|---|---|

**Sunbelt Rentals**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,493.00** |
|---|---|---|---|

**Superior Paving Corp.**
**5551 Wellington Rd.**
**Gainesville, VA 20156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,958.00** |
|---|---|---|---|

**The Rigging Box**
**8184 Newington Rd.**
**Lorton, VA 22079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,330.00** |
|---|---|---|---|

**United Rentals, Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | SKS Construction, Inc. | Case number (if known) | 21-31862-KLP |
|---|---|---|---|

---

**3.36** Nonpriority creditor's name and mailing address
**Virginia Paving Co.**
14500 Avion Pkwy. Ste 310
Chantilly, VA 20151

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$26,097.00**

---

**3.37** Nonpriority creditor's name and mailing address
**Volvo Financial Services**
P.O. Box 7247-0236
Philadelphia, PA 19170-0236

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **repo def**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.38** Nonpriority creditor's name and mailing address
**Walker Sand & Stone**
19238 Inglewood Road
Culpeper, VA 22701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,653.00**

---

**3.39** Nonpriority creditor's name and mailing address
**Water Management Solutions**
P.O. Box 1171
Pamplin, VA 23958

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,041.00**

---

**3.40** Nonpriority creditor's name and mailing address
**Xylem Dewatering Solutions**
26717 Network Place
Chicago, IL 60673-1267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,775.00**

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ACG Trucking**<br>c/o Brenden Shapiro, Esq.<br>10521 Judicial Dr., Ste. 110<br>Fairfax, VA 22030 | Line **3.3**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **C2C Resources**<br>56 Perimeter Center East<br>Suite 1<br>Atlanta, GA 30346 | Line **3.23**<br>☐ Not listed. Explain ___ | _ |

| Debtor | SKS Construction, Inc. | Case number (if known) | 21-31862-KLP |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3 **Larry Pritchett, Treasurer**<br>**Spotsylvania County**<br>**P.O. Box 9000**<br>**Spotsylvania, VA 22553** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Ronald William Stern**<br>**211 N Union St #100**<br>**Alexandria, VA 22314** | Line **3.40**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **VeriCore, LLC**<br>**10115 Kincey Ave., Ste. 100**<br>**Huntersville, NC 28078** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 144,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,774,480.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,918,480.00 |

**Fill in this information to identify the case:**

Debtor name    **SKS Construction, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **21-31862-KLP**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 2019 Ford F150, vin ending in 8188** | |
| | State the term remaining | **22** | **Ford Motor Credit / Bankruptcy** |
| | List the contract number of any government contract | | **P.O. Box 62180** **Colorado Springs, CO 80962** |

**Fill in this information to identify the case:**

Debtor name  **SKS Construction, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **21-31862-KLP**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **John Zuchowski** | **10900 Houser Drive Fredericksburg, VA 22408** | **Blue Ridge Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **Steve Zuckowski** | **10900 Houser Drive Fredericksburg, VA 22408** | **Blue Ridge Bank** | ■ D   **2.1** ☐ E/F _____ ☐ G _____ |

# United States Bankruptcy Court
## Eastern District of Virginia

In re **SKS Construction, Inc.**

Debtor(s)

Case No. **21-31862-KLP**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................... $ ~~0.00~~

   Prior to the filing of this statement I have received ............... $ ~~0.00~~

   Balance Due ............................................................................. $ ~~0.00~~

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other *(specify)*   **Rates: $335.00/hr. for attorneys (D. Spiro & D. Browne), $150.00/hr. for paralegals;  See SFA #16 and Employment App for details re payments, escrow balance, etc.**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other *(specify)*

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
      **Please see Counsel's employment application**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      **Please see Counsel's employment application**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 22, 2021** | **/s/ David K. Spiro** |
| *Date* | **David K. Spiro** |
| | *Signature of Attorney* |
| | |
| | **Spiro & Browne, PLC** |
| | *Name of Law Firm* |
| | **6802 Paragon Place** |
| | **Suite 410** |
| | **Richmond, VA 23230** |
| | **804-441-6080   Fax: 804-836-1855** |

---

*For use in Chapter 13 Cases where Fees Requested Not in Excess of $5,488*
*(For all Cases Filed on or after 01/01/2021)*

### NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
### PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
### CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

| | |
|---|---|
| *Date* | *Signature of Attorney* |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of Virginia

| | | |
|---|---|---|
| In re **SKS Construction, Inc.** | Case No. | **21-31862-KLP** |
| Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Zuchowski<br>10505 Rhoads Drive<br>Fredericksburg, VA 22407** | common stock | 51% | |
| **Steven Zuchowski<br>10505 Rhoads Drive<br>Fredericksburg, VA 22407** | common stock | 49% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice-President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 22, 2021**              Signature **/s/ Steven J. Zuchowski**

**Steven J. Zuchowski**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.