# SKS CONSTRUCTION, INC.

| ASSET NUMBER | DESCRIPTION | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| | TRUCKS | |
| SKS-1 | 2014 FORD F150 FX4 SUPERCREW, 4WD PICKUP, 51,121 MILES, VIN 1FTFW1ET6EKF70324 | $15,500 |
| SKS-2 | 2005 CHEVROLET 2500HD, 4WD PICKUP, 165,815 MILES, VIN 1GCHK24U75E135962 | $4,580 |
| SKS-3 | 2006 CHEVROLET SILVERADO 2500, CREW CAB, 4WD, 184,625 MILES, VIN 1GCHK23U76F171857 | $7,000 |
| SKS-4 | 2004 CHEVROLET PICKUP, 158,590 MILES, VIN 1GCHK24U84E253663 | $5,330 |
| SKS-5 | 1997 DODGE RAM 2500 UTILITY BED TRUCK, 245,401 MILES, VIN 1B7KF26D6VJ526096 | $1,850 |
| SKS-6 | 2003 CHEVROLET SILVERADO 3500 STAKE BODY, 125,482 MILES, VIN 1GBJC34193E240272 | $4,500 |
| SKS-10 | 1979 FORD C8000 TANDUM DUMP, 128,993 MILES, VIN 480DVEC5639 | $2,500 |
| SKS-11 | 1986 INTERNATIONAL F2674 WATER TRUCK, 313,289 MILES, VIN 1HTZVGBT3HAS50028 | $5,900 |
| SKS-12 | 1975 GMC FUEL TRUCK, 287,482 MILES, VIN TCE665V61D295 | $2,600 |

| ASSET NUMBER | DESCRIPTION | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| SKS-13 | 1988 INTERNATIONAL 9300 TRACTOR, 840,652 MILES, VIN 2HSFBX6R0JC008328 | $1,500 |
| SKS-15 | 1993 FORD F-250 PICKUP, 77,976 MILES, VIN 1FTHF26H1PNA62871 | $1,500 |
| | **HEAVY EQUIPMENT** | |
| SKS-14 | 1998 CATERPILLER D5M LGP DOZER, 8,834 HOURS, SERIAL NUMBER 3CR00667 | $33,790 |
| SKS-15 | 1997 CATERPILLER D6R XL DOZER, 6,152 HOURS, SERIAL NUMBER 5LN00752 | $41,330 |
| SKS-16 | 2015 BOBCAT T870, 2,517 HOURS, SERIAL NUMBER AN8L13447 | $29,900 |
| SKS-17 | 1989 CATERPILLER 963 LOADER, 17,592 HOURS, SERIAL NUMBER 21Z02630 | $9,270 |
| SKS-18 | 1988 CATERPILLER 963 LOADER, SERIAL NUMBER 021Z02548 | $9,000 |
| SKS-19 | 2010 BOBCAT S650 SKID STEER, 2,440 HOURS, SERIAL NUMBER A3NV12569 | $16,840 |
| SKS-20 | 2006 KUBOTA KX121-3 EXCAVATOR, 6,732 HOURS, SERIAL NUMBER 32181 | $12,635 |
| SKS-21 | 1993 CASE 9030 EXCAVATOR, 10,120 HOURS, SERIAL NUMBER DAC0300024 | $11,440 |
| SKS-22 | 1998 HITACHI EX 300 LC-3C, 12,136 HOURS, SERIAL NUMBER 15M11829 | $16,800 |

**INTERNATIONAL APPRAISALS, INC.**
WWW.INTERNATIONALAPPRAISALS.COM
8

| ASSET NUMBER | DESCRIPTION | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| SKS-23 | 2004 DAEWOO SOLAR 300 LC-V, 7,092 HOURS, SERIAL NUMBER 2370 | $38,635 |
| SKS-24 | 2013 CATERPILLER 320E LRR 5,422 HOURS, SERIAL NUMBER TFX00427 | $83,470 |
| SKS-26 | 1984 CATERPILLAR 615 ELEVATING SCRAPER, 4,262 HOURS, SERIAL NUMBER 46Z00995 | $17,565 |
| SKS-27 | 1999 VOLVO A25C ROCK TRUCK, 8,887 HOURS, SERIAL NUMBER A25C61694 | $31,250 |
| SKS-28 | 1999 VOLVO A256 ROCK TRUCK, 10,298 HOURS, SERIAL NUMBER A25C61698 | $31,250 |
| SKS-29 | 1989 DRESSER 850 MOTOR GRADER, 12,002 HOURS, SERIAL NUMBER G580002U100501 | $14,500 |
| SKS-30 | 2000 DYNAPAC CA250 PD SMOOTH DRUM, 2,901 HOURS, SERIAL NUMBER 65220319 | $18,975 |
| SKS-31 | 2004 CATERPILLAR CP 433E SHEEPS FOOT, 2,370 HOURS, SERIAL NUMBER ASN00249 | $33,360 |
| SKS-32 | 2012 WACKER TRENCH ROLLER, MODEL RT82 SC2, 724 HOURS, SERIAL NUMBER 20173084 | $8,130 |
| SKS-33 | 2012 WACKER TRENCH ROLLER, MODEL RT82 SC2, SERIAL NUMBER 20142836 | $8,130 |
| SKS-34 | 1999 CASE 1845C SKID STEER LOADER, 4,427 HOURS, SERIAL NUMBER JAF0252067 | $8,460 |

| ASSET NUMBER | DESCRIPTION | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| SKS-35 | 1993 FORD 1920 TRACTOR, 2,212 HOURS, SERIAL NUMBER UP31122 | $3,500 |
| SKS-36 | 2004 CASE 580 BACKHOE SUPER M, 2,605 HOURS, SERIAL NUMBER JJG0376719 | $25,415 |
| SKS-37 | 2010 KUBOTA RTV, 4X4, 534 HOURS, SERIAL NUMBER 15247 | $3,000 |
| SKS-38 | 2008 CATERPILLAR CS433E SMOOTH DRUM ROLLER, SERIAL NUMBER OASR01024 | $42,785 |
| SKS-39 | 2004 CATERPILLAR D3G-LGP DOZER, 4,658 HOURS, SERIAL NUMBER BYR00534 | $37,130 |
| SKS-40 | 2017 TAKEUCHI TL12, 1,405 HOURS, SERIAL NUMBER 412000931 | $25,965 |
| SKS-41 | 2011 CATERPILLAR 963D, 5,441 HOURS, SERIAL NUMBER LCS01563 | $31,165 |
| SKS-43 | 2014 CATERPILLAR D5 K II LGP, 4,879 HOURS, SERIAL NUMBER KYY01284 | $50,800 |
| SKS-44 | 1993 WACKER RT 820, SERIAL NUMBER 5209122 | $1,200 |
| SKS-45 | 1998 WACKER RT 820, SERIAL NUMBER 5220319 | $1,675 |
| SKS-46 | 2015 BOBCAT T770, 2,167 HOURS, SERIAL NUMBER AN8T14668 | $28,785 |
| | **TRAILERS** | |
| T-1 | 1998 WITZCORG50 LOWBOY TRAILER, VIN 1W8A11E3XWS000070 | $18,000 |

| ASSET NUMBER | DESCRIPTION | ORDERLY LIQUIDATION VALUE |
|---|---|---|
| | | |
| T-2 | 1994 EAGER BEAVER TRAILER, VIN 112HAN304RL041917 | $1,500 |
| T-3 | 2002 STEEL DECK BLACK TILT TRAILER, VIN 5ANNC18272R012300 | $1,000 |
| T-4 | 1993 L&S BLACK NON TILT TRAILER, VIN 1L9FB1620P1097159 | $300 |
| T-5 | 1998 ITI DEMO TRAILER, VIN 1Z9DC3020WM048373 | $2,000 |
| T-6 | 2011 CAM TRAILER, VIN 5JPBU2420BP0276 | $2,500 |
| | | |
| | **TOTAL APPRAISED VALUE SKS CONSTRUCTION, INC.** | **$804,210** |
| | | |
| | | |