UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

SKS CONSTRUCTION, INC.                    Case No. 21-31862-KLP

                                                          Chapter 11

        Debtor.
_____/

**NOTICE TO CREDITORS OF CLAIMS SCHEDULED
AS DISPUTED, CONTINGENT OR UNLIQUIDATED**

The above-captioned Debtor and Debtor-in-possession (collectively, the "Debtor" and/or "SKS"), pursuant to Local Rule 3003-1, hereby gives notice to the creditors set forth on the attached Service that their claims have been listed in the Debtor's bankruptcy schedules as either "disputed", "contingent" or "unliquidated".

                                                          SKS CONSTRUCTION, INC.

                                                          By: /s/ David K. Spiro
                                                               Counsel

David K. Spiro (Va. Bar No. 28152)
Spiro & Browne, PLC
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Office: (804) 441-6102
Fax: (804) 836-1855
dspiro@sblawva.com

*Proposed counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2021, a true and correct copy of the foregoing Notice was served by first class mail on the parties set forth on the attached Service List.

_____/s/ David K. Spiro

## SERVICE LIST

ACG Trucking
7415 Emmitt's Road
Spotsylvania, VA 22551

Carter Machinery
c/o David Hartnett, Esq.
150 W. Main St., Ste 1500
Norfolk, VA 23510

Carter Machinery Co.
P.O. Box 751053
Charlotte, NC 28275-1053

I.R.S. / Special Procedures
P.O. Box 7346
Philadelphia, PA 19101-7346

Komatsu Financial
8770 W. Bryn Mawr Ave.
Chicago, IL 60631

S.B.A. EIDL Loan Acc.
79052 N. 20th St., Ste. 320
Birmingham, AL 35203

S.B.A. Payroll Prot. Program
409 3rd Street S.W.
Washington, DC 20416

Spotsylvania Co. / Revenue Com
P.O. Box 175
Spotsylvania, VA 22553-0175

Sullivan's Towing
376 King's Hwy.
Fredericksburg, VA 22405