# Exhibit B

## SKS Construction, Inc.

| Account | Balance | Explanation |
|---|---|---|
| Blue Ridge Bank General | $ 16.68 | Waiting for one outstanding checks to clear |
| Blue Ridge Bank Payroll | $ 67.04 | Waiting for one outstanding checks to clear |

\* Both accounts will be closed as soon as all checks have cleared

12:33 PM
07/15/21

# SKS Construction, Inc
## Exhibit C Deposit Detail
### June 9 - 30, 2021

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Deposit | | 06/17/2021 | | M&T General accou... | 6,810.00 |
| | | | | 80000 · Ask My Acco... | -6,810.00 |
| TOTAL | | | | | -6,810.00 |
| Check | 3000 | 06/22/2021 | void | M&T General accou... | 0.00 |
| TOTAL | | | | | 0.00 |
| Deposit | | 06/23/2021 | | M&T Payroll Account | 26,000.00 |
| | | | | 66000 · Payroll Expe... | -26,000.00 |
| TOTAL | | | | | -26,000.00 |
| Deposit | | 06/23/2021 | | M&T General accou... | 10,000.00 |
| | | | | 80000 · Ask My Acco... | -10,000.00 |
| TOTAL | | | | | -10,000.00 |
| Check | 2007 | 06/24/2021 | void | M&T Payroll Account | 0.00 |
| TOTAL | | | | | 0.00 |

# Exhibit D

## SKS Construction, Inc.- Payments made 6/9/2021- 06/30/2021

| Date Paid | Payee | Purpose | Amount |
|---|---|---|---|
| 6/14/2021 | Intuit QuickBooks | Purchase Checks | $ 118.20 |
| 6/18/2021 | Quarles Fleet Fueling | Security Deposit for fuel account | $ 1,000.00 |
| 6/22/2021 | Verizon | telephone Services | $ 326.01 |
| 6/28/2021 | Quarles Fleet Fueling | Fuel | $ 600.77 |
| 6/30/2021 | Intuit QuickBooks | purchase laser checks and deposit slips | $ 211.84 |
| 6/30/2021 | Erie Insurance | Worker's comp/ General liability insurance premium | $ 7,125.62 |
| | | Subtotal: | $ 9,382.44 |
| | | | |
| 6/24/2021 | Payroll | Salary | $ 17,382.32 |
| 6/24/2021 | Payroll taxes | taxes | $ 6,851.59 |
| | | Subtotal: | $ 24,233.91 |
| | | | |
| | | Total: | $ 33,616.35 |

2:38 PM
07/15/21

## SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of June 30, 2021

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Anderson Oil Company** | | | | | |
| Bill | 06/11/2021 | 805569 | 07/11/2021 | | 1,157.30 |
| Bill | 06/24/2021 | 808857 | 07/24/2021 | | 5,166.11 |
| Total Anderson Oil Company | | | | | 6,323.41 |
| **Anthem** | | | | | |
| Bill | 06/10/2021 | 547m57783 | 06/30/2021 | | 2,693.00 |
| Total Anthem | | | | | 2,693.00 |
| **Businets, Inc.** | | | | | |
| Bill | 06/25/2021 | 65184 | 07/25/2021 | | 150.00 |
| Total Businets, Inc. | | | | | 150.00 |
| **County Hydrant (spotsylvania)** | | | | | |
| Bill | 06/11/2021 | 61783 | 07/10/2021 | | 45.50 |
| Total County Hydrant (spotsylvania) | | | | | 45.50 |
| **Diamond Springs** | | | | | |
| Bill | 06/21/2021 | 002623 | 07/21/2021 | | 108.16 |
| Total Diamond Springs | | | | | 108.16 |
| **DirecTV** | | | | | |
| Bill | 06/30/2021 | 038356352 | 07/15/2021 | | 121.79 |
| Total DirecTV | | | | | 121.79 |
| **Dominion Virginia Power** | | | | | |
| Bill | 06/29/2021 | 3508142530 | 07/13/2021 | | 603.36 |
| Total Dominion Virginia Power | | | | | 603.36 |
| **Erie Insurance** | | | | | |
| Bill | 06/16/2021 | 3215695 | 07/12/2021 | | 7,120.65 |
| Total Erie Insurance | | | | | 7,120.65 |
| **Fortliline** | | | | | |
| Bill | 06/30/2021 | 5355386 | 07/30/2021 | | 209.66 |
| Total Fortliline | | | | | 209.66 |
| **Glenn Nicholls, SR.** | | | | | |
| Bill | 06/15/2021 | July Rent | 07/01/2021 | | 3,000.00 |
| Total Glenn Nicholls, SR. | | | | | 3,000.00 |
| **Heavy Hauling** | | | | | |
| Bill | 05/28/2021 | 21-24 | 06/07/2021 | 23 | 1,995.00 |
| Bill | 06/15/2021 | 21-26 | 06/25/2021 | 5 | 1,120.00 |
| Bill | 06/23/2021 | 21-28 | 07/03/2021 | | 1,855.00 |
| Total Heavy Hauling | | | | | 4,970.00 |
| **Hinchey&Baines, PLC** | | | | | |
| Credit | 06/15/2021 | OVERPAYM... | | | -100.00 |
| Bill | 06/15/2021 | 4742 | 07/15/2021 | | 66.00 |
| Total Hinchey&Baines, PLC | | | | | -34.00 |
| **Home Paramount** | | | | | |
| Bill | 06/25/2021 | 748008 | 07/25/2021 | | 120.00 |
| Total Home Paramount | | | | | 120.00 |

Page 1

# SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of June 30, 2021

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Kelemen & Stephens, PLLC** | | | | | |
| Bill | 06/07/2021 | 2020 TAX P... | 07/07/2021 | | 2,475.00 |
| Total Kelemen & Stephens, PLLC | | | | | 2,475.00 |
| **LB Water Service, Inc.** | | | | | |
| Bill | 06/09/2021 | 3500548 | 07/09/2021 | | 16,006.00 |
| Bill | 06/09/2021 | 3500552 | 07/09/2021 | | 45,323.90 |
| Bill | 06/16/2021 | 3502853 | 07/16/2021 | | 477.00 |
| Bill | 06/17/2021 | 3503197 | 07/17/2021 | | 9,188.61 |
| Bill | 06/17/2021 | 3503201 | 07/17/2021 | | 6,218.63 |
| Bill | 06/23/2021 | 3504821 | 07/23/2021 | | 6,867.08 |
| Total LB Water Service, Inc. | | | | | 84,081.22 |
| **Local Services, LLC** | | | | | |
| Bill | 06/30/2021 | 68631 | 07/10/2021 | | 94.77 |
| Total Local Services, LLC | | | | | 94.77 |
| **NAPA of Fredericksburg** | | | | | |
| Bill | 06/30/2021 | 713 | 07/30/2021 | | 1,068.33 |
| Total NAPA of Fredericksburg | | | | | 1,068.33 |
| **Payne, Inc.** | | | | | |
| Bill | 06/24/2021 | 149411 | 07/24/2021 | | 300.12 |
| Total Payne, Inc. | | | | | 300.12 |
| **Sullivan's Towing & Recovery** | | | | | |
| Bill | 06/09/2021 | 21-06813 | 07/09/2021 | | 225.00 |
| Bill | 06/09/2021 | 21-06857 | 07/09/2021 | | 450.00 |
| Bill | 06/22/2021 | 21-07063 | 07/22/2021 | | 285.00 |
| Bill | 06/22/2021 | 21-07064 | 07/22/2021 | | 285.00 |
| Bill | 06/23/2021 | 21-07083 | 07/23/2021 | | 152.00 |
| Bill | 06/25/2021 | 21-07106 | 07/25/2021 | | 450.00 |
| Bill | 06/25/2021 | 21-07105 | 07/25/2021 | | 133.00 |
| Bill | 06/28/2021 | 21-07139 | 07/28/2021 | | 420.00 |
| Total Sullivan's Towing & Recovery | | | | | 2,400.00 |
| **Tipco Techniologies, Inc.** | | | | | |
| Bill | 06/30/2021 | 124077 | 07/30/2021 | | 11.58 |
| Total Tipco Techniologies, Inc. | | | | | 11.58 |
| **VERIZON** | | | | | |
| Bill | 06/16/2021 | 850-385-586... | 07/16/2021 | | 319.19 |
| Total VERIZON | | | | | 319.19 |
| **TOTAL** | | | | | **116,181.74** |

## Exhibit E

### SKS Construction, Inc.- Payments made 6/9/2021- 06/30/2021

| Date incurred | Owed to | Purpose | Amount | Due Date |
|---|---|---|---|---|
| 6/11/2021 | Anderson Oil Company | fuel for jobs/ equipment | $ 1,157.30 | 7/11/2021 |
| 6/24/2021 | Anderson Oil Company | fuel for jobs/ equipment | $ 5,166.11 | 7/24/2021 |
| 6/10/2021 | Anthem | Health insurance | $ 2,693.00 | 7/1/2021 |
| 6/25/2021 | Businets | IT support and computer service | $ 150.00 | 7/25/2021 |
| 6/11/2021 | Spotsylvania County | Water meter usage | $ 45.50 | 7/10/2021 |
| 6/21/2021 | Diamond Springs | water for employees | $ 108.16 | 7/21/2021 |
| 6/30/2021 | Direct TV | TV service for office | $ 121.79 | 7/15/2021 |
| 6/29/2021 | Dominion Virginia Power | Electic servcie to shop | $ 603.36 | 7/13/2021 |
| 6/16/2021 | Erie Insurnce | Worker's comp/ General Liabilty permium | $ 7,120.65 | 7/12/2021 |
| 6/30/2021 | Fortiline | Construciton Materials | $ 209.66 | 7/30/2021 |
| 5/28/2021 | Heavy Hauling | Subcontractor Expense | $ 1,995.00 | recived by mail after filing |
| 6/15/2021 | Heavy Hauling | Subcontractor Expense | $ 1,120.00 | 7/15/2021 |
| 6/23/2021 | Heavy Hauling | Subcontractor Expense | $ 1,855.00 | 7/23/2021 |
| 6/15/2021 | Hinchey and Baines | Blueprint services | $ 66.00 | 7/15/2021 |
| 6/25/2021 | Home Paramount | Pest control for shop | $ 120.00 | 7/25/2021 |
| 6/7/2021 | Kelemen and Stephens | Accounting services | $ 2,475.00 | 7/7/2021 |
| 6/30/2021 | Local Services | Toilet rental for job site | $ 94.77 | 7/30/2021 |
| 6/30/2021 | NAPA auto parts | equipment repair parts | $ 1,068.33 | 7/30/2021 |
| 6/24/2021 | Payne Inc. | Equipment rental for jobs | $ 300.12 | 7/24/2021 |
| 6/9/2021 | Sullivan's towing company | equipment moving service | $ 225.00 | 7/9/2021 |
| 6/30/2021 | Tipco Technologies | equipment repair parts | $ 11.58 | 7/30/2021 |
| 6/16/2021 | Verizon | Telephone and Internet Service | $ 319.19 | 7/16/2021 |
| 6/15/2021 | Glenn W. Nicholls | Rent (Shop) | $ 3,000.00 | 7/1/2021 |

**Accounts Payable to be paid by Joint Check**

| Date incurred | Owed to | Purpose | Amount | Due Date |
|---|---|---|---|---|
| 6/9/2021 | LB Water Services | Construciton Materials | $ 16,006.00 | to be paid by joint check |
| 6/9/2021 | LB Water Services | Construciton Materials | $ 45,323.90 | to be paid by joint check |
| 6/16/2021 | LB Water Services | Construciton Materials | $ 477.00 | to be paid by joint check |
| 6/17/2021 | LB Water Services | Construciton Materials | $ 9,188.61 | to be paid by joint check |
| 6/17/2021 | LB Water Services | Construciton Materials | $ 6,218.63 | to be paid by joint check |
| 6/23/2021 | LB Water Services | Construciton Materials | $ 6,867.80 | to be paid by joint check |

2:20 PM
07/15/21

# SKS Construction, Inc
## Exhibit F Open Invoices
### As of July 15, 2021

| Type | Date | Num | P.O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Faulconer Construction** | | | | | | | | |
| **North Pointe (CODE)** | | | | | | | | |
| *North Pointe phase 1A* | | | | | | | | |
| Invoice | 06/25/2021 | AIA#4 | | Net 30 | 07/25/2021 | | | 51,763.79 |
| Total North Pointe phase 1A | | | | | | | | 51,763.79 |
| Total North Pointe (CODE) | | | | | | | | 51,763.79 |
| Total Faulconer Construction | | | | | | | | 51,763.79 |
| **Fields Investment, LLC** | | | | | | | | |
| Invoice | 06/25/2021 | AIA#4 | | Net 30 | 07/25/2021 | | | 25,656.07 |
| Total Fields Investment, LLC | | | | | | | | 25,656.07 |
| **Graybeale Construction, Inc.** | | | | | | | | |
| Invoice | 06/09/2021 | AIA#5 | | Due on re... | 06/09/2021 | | 36 | 52,927.65 |
| Invoice | 06/25/2021 | Retain... | | Net 30 | 07/25/2021 | | | 30,629.15 |
| Total Graybeale Construction, Inc. | | | | | | | | 83,556.80 |
| **Jumping Branch Farm, LLC** | | | | | | | | |
| *Meadows at Liberty Hall* | | | | | | | | |
| Invoice | 06/25/2021 | AIA#2 | | Net 30 | 07/25/2021 | | | 238,714.10 |
| Total Meadows at Liberty Hall | | | | | | | | 238,714.10 |
| Total Jumping Branch Farm, LLC | | | | | | | | 238,714.10 |
| **Lifecycle Construction Services, LLC** | | | | | | | | |
| Invoice | 06/25/2021 | AIA#4 | | Net 30 | 07/25/2021 | | | 14,062.50 |
| Total Lifecycle Construction Services, LLC | | | | | | | | 14,062.50 |
| **Wack General Contractor** | | | | | | | | |
| *NSCBT Building II* | | | | | | | | |
| Invoice | 06/25/2021 | Retain... | | Net 30 | 07/25/2021 | | | 53,669.35 |
| Total NSCBT Building II | | | | | | | | 53,669.35 |
| Total Wack General Contractor | | | | | | | | 53,669.35 |
| **TOTAL** | | | | | | | | **467,422.61** |

\* Note Retainage is not always paid in 30 days

Page 1

M&T Bank                                                                                              Checking Account Statement

FOR INQUIRIES CALL:   FREDERICKSBURG PLANK RD
                      (540) 374-1563

                                                    00   0 03055M NM  017

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9884199432 | 06/17/21 - 06/30/21 |

000000455 FIDS1548D01706302106 09 000000       P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE #21-31862
STEVEN ZUCHOWSKI, TRUSTEE
GENERAL ACCOUNT
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 16,810.00 |
| LESS CHECKS & DEBITS | 2,138.61 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $14,671.39 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 06/17/2021 | BEGINNING BALANCE | | | $0.00 |
| 06/17/2021 | DEPOSIT | $6,810.00 | | 6,810.00 |
| 06/21/2021 | Quarles Petr1837 PAYMENT   933812 | | $1,000.00 | 5,810.00 |
| 06/23/2021 | DEPOSIT | 10,000.00 | | |
| 06/23/2021 | VERIZON VZ BillPay   8503855860001 | | 326.01 | 15,483.99 |
| 06/24/2021 | INTUIT CHECKSFORM   5504990 | | 211.83 | 15,272.16 |
| 06/28/2021 | Quarles Petr1837 PAYMENT   933812 | | 600.77 | 14,671.39 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 2 | 0 | |

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

# M&T Bank



| FOR INQUIRIES CALL: | FREDERICKSBURG PLANK RD |
| --- | --- |
| | (540) 374-1563 |

00   0 03055M NM 017

000000454 FIDS1548D01706302106 09 000000        P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE # 21-31862
STEVEN ZUCHOWSKI, OWNER
PAYROLL
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| ACCOUNT TYPE | |
| --- | --- |
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9884199424 | 06/17/21 - 06/30/21 |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 26,000.00 |
| LESS CHECKS & DEBITS | 20,640.22 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $5,359.78 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- | --- |
| 06/17/2021 | BEGINNING BALANCE | | | | $0.00 |
| 06/23/2021 | DEPOSIT | | $26,000.00 | | 26,000.00 |
| 06/28/2021 | CHECK NUMBER | 50005 | | $1,022.78 | |
| 06/28/2021 | CHECK NUMBER | 50006 | | 2,325.98 | |
| 06/28/2021 | CHECK NUMBER | 50007 | | 1,867.51 | |
| 06/28/2021 | CHECK NUMBER | 50008 | | 2,484.69 | 18,299.04 |
| 06/29/2021 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH ADP | | | 6,851.59 | |
| 06/29/2021 | CHECK NUMBER | 50001 | | 375.36 | |
| 06/29/2021 | CHECK NUMBER | 50004 | | 920.96 | 10,151.13 |
| 06/30/2021 | CHECK NUMBER | 50002 | | 3,367.55 | |
| 06/30/2021 | CHECK NUMBER | 50003 | | 1,423.80 | 5,359.78 |
| | NUMBER OF DEPOSITS/CHECKS PAID | | 1 | 8 | |

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

PAGE 1 OF 1

SKS Construction, Inc.
Work in progress as of July 1, 2021

| Contract | Contract Amount | Change Orders | Total Contract | Estimated Job Cost | Completed To Date | % Complete | Balance To Finish | Retainage | Estimated Gross Profit | profit of job % | estimated date of completion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Pointe Phase 1 A | $ 300,814.80 | $ (18,600.00) | $ 282,214.80 | $ 240,000.0000 | $ 125,353.20 | 45% | $ 156,861.60 | $ 6,267.66 | $ 42,214.80 | 15% | 10/31/2021 |
| NSCBT | $ 479,028.00 | $ 57,665.50 | $ 536,693.50 | $ 396,000.0000 | $ 536,093.50 | 100% | $ - | $ 53,669.35 | $ 140,693.50 | 27% | Finished |
| Fields Investment | $ 141,966.75 | $ 7,720.00 | $ 149,686.75 | $ 112,000.0000 | $ 149,686.75 | 100% | $ - | $ 14,968.68 | $ 37,686.75 | 25% | Finished |
| Royal Farms | $ 233,590.00 | $ 72,701.50 | $ 306,291.50 | $ 194,000.0000 | $ 306,291.50 | 100% | $ - | $ 30,629.15 | $ 112,291.50 | 37% | Finished |
| Kaeser Compressor building expansion | $ 100,000.00 | | $ 100,000.00 | $ 62,000.0000 | $ 64,420.00 | 64% | $ 37,580.00 | $ 6,242.00 | $ 38,000.00 | 38% | 8/31/2021 |
| Meadows at Liberty Hall | $986,455.00 | | $ 986,455.00 | $ 725,000.0000 | $ 301,278.00 | 31% | $ 685,177.00 | $ 15,063.90 | $ 261,455.00 | 27% | 10/31/2021 |

* payroll included/monthly operating cost not included
*Monthly operating cost not included

| | Contract amount | Change orders | total Contract | Estimated Job Cost | Completed to date | % complete | Balance to Finish | Retainage 5% | Estimated Profit | profit of Job % | Estimated Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work committed (not under contract yet) | $ 1,000,000.00 | $ - | $ 1,000,000.00 | $ 800,000.0000 | $ - | 0% | $ 1,000,000.00 | $ - | $ 200,000.00 | 20% | |
| Bill Britt Mazda | | | | | | | | | | | 8/30/2021 |