Fill in this information to identify the case:

Debtor Name: SKS Construction, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 21-31862

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: July 2021

Date report filed: 08/21/2021
MM / DD / YYYY

Line of business: Excavation Contractor

NAISC code: 238912

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Steven J. Zuchowski

Original signature of responsible party: *signed*

Printed name of responsible party: Steven J. Zuchowski

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name **SKS Construction, Inc.**    Case number **21-31862**

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 9,193.65

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 135,575.11

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 89,263.05

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $ 46,312.06
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 55,505.71

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 55,210.20

    (*Exhibit E*)

Debtor Name SKS Construction, Inc.                              Case number 21-31862

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                 $ 267,288.30

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                             10
27. What is the number of employees as of the date of this monthly report?                                 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees?                                         $ 0.00
31. How much have you paid in total other professional fees since filing the case?                        $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 467,422.61 | − | $ 135,575.11 | = | $ 331,847.50 |
| 33. Cash disbursements | $ 267,757.90 | − | $ 89,263.05 | = | $ 178,494.85 |
| 34. Net cash flow | $ 199,664.71 | − | $ 46,312.06 | = | $ 153,352.65 |

35. Total projected cash receipts for the next month:                                          $ 227,755.75
36. Total projected cash disbursements for the next month:                                   − $ 191,230.27
37. Total projected net cash flow for the next month:                                        = $ 36,525.48

Debtor Name  SKS Construction, Inc.　　　　　　　　　　　　　Case number 21-31862

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

# M&T Bank

## Checking Account Statement

**FOR INQUIRIES CALL:** FREDERICKSBURG PLANK RD
(540) 374-1563

00  0 03055M NM  017

000001951 FIDS1548D01707302107 09 000000        P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE #21-31862
STEVEN ZUCHOWSKI, TRUSTEE
GENERAL ACCOUNT
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ####9432 | 07/01/21 - 07/31/21 |
| BEGINNING BALANCE | $14,671.39 |
| DEPOSITS & CREDITS | 118,780.80 |
| LESS CHECKS & DEBITS | 61,954.35 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $71,497.84 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $14,671.39 |
| 07/01/2021 | ERIEINSURANCEWEB PAYMENT    017520009377807 | | $7,125.62 | 7,545.77 |
| 07/06/2021 | Quarles Petr1837 PAYMENT    933812 | | 541.99 | |
| 07/06/2021 | CHECK NUMBER    3001 | | 2,825.56 | 4,178.22 |
| 07/08/2021 | CHECK NUMBER    3003 | | 3,800.00 | 378.22 |
| 07/12/2021 | DEPOSIT | $250.00 | | |
| 07/12/2021 | Quarles Petr1837 PAYMENT    933812 | | 347.12 | 281.10 |
| 07/13/2021 | DEPOSIT | 13,015.77 | | 13,296.87 |
| 07/14/2021 | Branch Telephone Transfer/Withdrawal | | 5,800.00 | 7,496.87 |
| 07/15/2021 | Intuit QuickBooks    3432832 | | 118.20 | 7,378.67 |
| 07/16/2021 | ANTHEM VA INSUR PREM    547M57783 | | 2,693.00 | 4,685.67 |
| 07/19/2021 | Quarles Petr1837 PAYMENT    933812 | | 464.08 | 4,221.59 |
| 07/20/2021 | ATT Payment    100785001MYW9K | | 1,383.15 | |
| 07/20/2021 | CHECK NUMBER    3005 | | 500.00 | 2,338.44 |
| 07/26/2021 | DEPOSIT | 65.03 | | |
| 07/26/2021 | Quarles Petr1837 PAYMENT    933812 | | 678.61 | 1,724.86 |
| 07/27/2021 | ATT Payment    613822003CSR1G | | 769.00 | |
| 07/27/2021 | CHECK NUMBER    3004 | | 751.66 | 204.20 |
| 07/28/2021 | DEPOSIT | 105,450.00 | | 105,654.20 |
| 07/29/2021 | In Branch Transfer/Withdrawal | | 23,000.00 | 82,654.20 |
| 07/30/2021 | DIAMOND SPRINGS 8042225100  15CF5F9B9D02 | | 108.16 | |
| 07/30/2021 | VERIZON VZ BillPay    8503855860001 | | 319.19 | |
| 07/30/2021 | DOMINION ENERGY BILLPAY    DOMINION ENERGY | | 603.36 | |
| 07/30/2021 | ERIEINSURANCEWEB PAYMENT    017520009609630 | | 7,125.65 | |
| 07/30/2021 | CHECK NUMBER    3011 | | 3,000.00 | 71,497.84 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 5 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

PAGE 1 OF 1

Case 21-31862-KLP    Doc 47    Filed 08/19/21    Entered 08/19/21 16:33:16    Desc Main

# M&T Bank

# Checking Account Statement

FOR INQUIRIES CALL: FREDERICKSBURG PLANK RD
(540) 374-1563

00   0 03055M NM 017

000001950 FIDS1548D01707302107 09 000000    P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE # 21-31862
STEVEN ZUCHOWSKI, TRUSTEE
PAYROLL
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ####9424 | 07/01/21 - 07/31/21 |
| BEGINNING BALANCE | $5,359.78 |
| DEPOSITS & CREDITS | 45,594.31 |
| LESS CHECKS & DEBITS | 33,447.31 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $17,506.78 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 07/01/2021 | BEGINNING BALANCE | | | $5,359.78 |
| 07/02/2021 | ADP PAYROLL FEES ADP - FEES 2RV55  4511373 | | $109.82 | |
| 07/02/2021 | CHECK NUMBER   50010 | | 3,103.28 | 2,146.68 |
| 07/06/2021 | CHECK NUMBER   50009 | | 225.07 | 1,921.61 |
| 07/08/2021 | DEPOSIT | $5,675.00 | | 7,596.61 |
| 07/09/2021 | CHECK NUMBER   2016 | | 1,681.36 | |
| 07/09/2021 | CHECK NUMBER   50012 | | 162.44 | 5,752.81 |
| 07/12/2021 | DEPOSIT | 250.00 | | |
| 07/12/2021 | CHECK NUMBER   2009 | | 537.10 | |
| 07/12/2021 | CHECK NUMBER   2017 | | 1,016.75 | |
| 07/12/2021 | CHECK NUMBER   2018 | | 1,709.83 | |
| 07/12/2021 | CHECK NUMBER   50011 | | 102.90 | 2,636.23 |
| 07/13/2021 | CHECK NUMBER   2014 | | 2,341.43 | 294.80 |
| 07/14/2021 | Branch Telephone Transfer/Deposit | 5,800.00 | | |
| 07/14/2021 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH ADP | | 5,705.62 | 389.18 |
| 07/16/2021 | ADP PAYROLL FEES ADP - FEES 2RV55  3766392 | | 106.22 | 282.96 |
| 07/21/2021 | DEPOSIT | 10,869.31 | | 11,152.27 |
| 07/23/2021 | ADP PAYROLL FEES ADP - FEES 2RV55  4041780 | | 10.00 | 11,142.27 |
| 07/26/2021 | CHECK NUMBER   50027 | | 2,187.43 | |
| 07/26/2021 | CHECK NUMBER   50028 | | 2,050.10 | 6,904.74 |
| 07/27/2021 | CHECK NUMBER   50025 | | 971.85 | |
| 07/27/2021 | CHECK NUMBER   50026 | | 1,152.77 | |
| 07/27/2021 | CHECK NUMBER   50029 | | 2,842.75 | 1,937.37 |
| 07/29/2021 | In Branch Transfer/Deposit | 23,000.00 | | 24,937.37 |
| 07/30/2021 | ADP PAYROLL FEES ADP - FEES 2RV55  6558177 | | 108.02 | |
| 07/30/2021 | CHECK NUMBER   50020 | | 2,821.57 | |
| 07/30/2021 | CHECK NUMBER   50030 | | 1,397.72 | |
| 07/30/2021 | CHECK NUMBER   50031 | | 3,103.28 | 17,506.78 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 17 | |

PAGE 1 OF 2

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

SKS Construction, Inc.
Work in progress as of July 31, 2021

| Contract | Contract Amount | Change Orders | Total Contract | Estimated Job Cost | Completed To Date | % Complete | Balance To Finish | Retainage | Estimated Gross Profit | Profit of job % | estimated date of completion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Pointe Phase 1 A | $ 300,814.80 | $ (18,600.00) | $ 282,214.80 | $ 240,000.0000 | $ 125,353.20 | 45% | $ 156,861.60 | $ 6,267.66 | $ 42,214.80 | 15% | 10/31/2021 |
| NSCBT | $ 479,028.00 | $ 57,665.50 | $ 536,693.50 | $ 396,000.0000 | $ 536,093.50 | 100% | $ - | $ 53,669.35 | $ 140,693.50 | 27% | Finished |
| Fields Investment | $ 141,966.75 | $ 7,720.00 | $ 149,686.75 | $ 112,000.0000 | $ 149,686.75 | 100% | $ - | $ 14,968.68 | $ 37,686.75 | 25% | Finished |
| Royal Farms | $ 233,590.00 | $ 72,701.50 | $ 306,291.50 | $ 194,000.0000 | $ 306,291.50 | 100% | $ - | $ 30,629.15 | $ 112,291.50 | 37% | Finished |
| Kaeser Compressor building expansion | $ 100,000.00 | | $ 100,000.00 | $ 62,000.0000 | $ 71,039.00 | 71% | $ 27,511.00 | $ 7,103.90 | $ 38,000.00 | 38% | 8/31/2021 |
| Meadows at Liberty Hall | $986,455.00 | $ (145,000.00) | $841,455.00 | $ 585,000.0000 | $ 291,278.00 | 31% | $ 550,177.00 | $ 14,563.90 | $ 256,455.00 | 27% | 10/31/2021 |

* payroll included/monthly operating cost not included
* Monthly operating cost not included

| Work committed (not under contract yet) | Contract amount | Change orders | total Contract | Estimated Job Cost | Completed to date | % complete | Balance to Finish | Retainage 5% | Estimated Profit | profit of job % | Estimated Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill Britt Mazda | $ 1,000,000.00 | $ - | $ 1,000,000.00 | $ 800,000.0000 | $ - | 0% | $ 1,000,000.00 | $ - | $ 200,000.00 | 20% | 8/30/2021 |

# EXHIBIT B

Money borrowed from Shareholder

| Date | lender | purpose | amount |
|---|---|---|---|
| 7/12/2021 | Loan from Steven Zuchowski | to ensure balance suffiencent for outstanding checks | $ 500.00 |
| 7/21/2021 | Loan from John Zuchowski | to cover payroll until we received an outstanding check | $ 10,869.31 |
| | | | $ 11,369.31 |

# Loan agreement

This loan agreement will be effective on July 12, 2021 between

Steven Zuchowski (shareholder) (Lender)

And

SKS Construction, Inc. (Borrower)

1. Introduction: The lender will make available the sum of $500.00 was loaned to SKS in the form of a loan on the basis of the terms and conditions within this loan agreement.
2. Loan repayment date: The principal amount of the loan together with all of the interest due under this agreement shall be repaid by the close of business on July 12, 2021, 2022.
3. Interest: The borrower agrees to pay the lender interest in the amount of 3% per annum on the unpaid balance. Interest to be compounded annually.

# Loan agreement

This loan agreement will be effective on July 21, 2021 between

John Zuchowski (shareholder) (Lender)

And

SKS Construction, Inc. (Borrower)

1. Introduction: The lender will make available the sum of $10,869.31 was loaned to SKS in the form of a loan on the basis of the terms and conditions within this loan agreement.
2. Loan repayment date: The principal amount of the loan together with all of the interest due under this agreement shall be repaid by the close of business on July 12, 2022.
3. Interest: The borrower agrees to pay the lender interest in the amount of 3% per annum on the unpaid balance. Interest to be compounded annually.

**EXHIBIT C**

SKS Construction, Inc.
Deposit Detail July 2021

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | 3002 | 7/8/2021 | void | M&T General account | $ - |
| TOTAL | | | | | $ - |
| Deposit | | 7/12/2021 | | M&T General account | $ 13,015.77 |
| Payment | 64215 | 7/12/2021 | Graybeale Construction, Inc. | 12000 · Undeposited Funds | $ (13,015.77) |
| TOTAL | | | | | $ (13,015.77) |
| Deposit | | 7/12/2021 | SKS Construction, Inc. | M&T General account | $ 250.00 |
| | | | | 80000 · Ask My Accountant | $ (250.00) |
| TOTAL | | | | | $ (250.00) |
| Deposit | | 7/26/2021 | SKS Construction, Inc. | M&T General account | $ 65.03 |
| | | | | 80000 · Ask My Accountant | $ (65.03) |
| TOTAL | | | | | $ (65.03) |
| Deposit | | 7/28/2021 | | M&T General account | $ 105,450.00 |
| Payment | 5376 | 7/28/2021 | Jumping Branch Farm, LLC:Meadows at Liberty Hall | 12000 · Undeposited Funds | $ (105,450.00) |
| TOTAL | | | | | $ (105,450.00) |

**EXHIBIT C**

SKS Construction, Inc.
Deposit Detail July 2021

| Type | Num | Date | Name | Source Name | Account | Amount |
|---|---|---|---|---|---|---|
| Deposit | | 7/8/2021 | | | M&T Payroll Account | $ 5,675.00 |
| | | | | | 80000 · Ask My Accountant | $ (5,675.00) |
| TOTAL | | | | | | $ (5,675.00) |
| | | | | | | |
| Deposit | | 7/12/2021 | SKS Construction, Inc. | SKS Construction, Inc. | M&T Payroll Account | $ 250.00 |
| | | | | SKS Construction, Inc. | 80000 · Ask My Accountant | $ (250.00) |
| TOTAL | | | | | | $ (250.00) |
| | | | | | | |
| Deposit | | 7/21/2021 | | | M&T Payroll Account | $ 10,869.31 |
| | | | | | 80000 · Ask My Accountant | $ (10,869.31) |
| TOTAL | | | | | | $ (10,869.31) |

**EXHIBIT D**

SKS Construction, Inc.
Total Cash Dispursments July 2021

| Type | Num | Date | Name | Purpose | Account | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | EFT | 7/5/2021 | Quarles Fleet Fueling | Fuel for Trucks/Equipment | M&T General account | $ (541.99) |
| Bill Pmt -Check | EFT | 7/12/2021 | Quarles Fleet Fueling | Fuel for Trucks/Equipment | M&T General account | $ (347.12) |
| Bill Pmt -Check | EFT | 7/14/2021 | Intuit Quickbooks | office supplies | M&T General account | $ (118.20) |
| Bill Pmt -Check | EFT | 7/16/2021 | Quarles Fleet Fueling | Fuel for Trucks/Equipment | M&T General account | $ (464.08) |
| Bill Pmt -Check | EFT | 7/26/2021 | Quarles Fleet Fueling | Fuel for Trucks/Equipment | M&T General account | $ (678.61) |
| Bill Pmt -Check | EFT | 7/29/2021 | Erie Insurance | Insurance premium GL/WC | M&T General account | $ (7,125.65) |
| Bill Pmt -Check | online | 7/15/2021 | Anthem | Health insurance premium | M&T General account | $ (2,693.00) |
| Bill Pmt -Check | online | 7/18/2021 | AT&T Mobility | Phone Expense | M&T General account | $ (1,383.15) |
| Bill Pmt -Check | online | 7/29/2021 | County Hydrant (spotsylvania) | Water Meter/Usage | M&T General account | $ (13.00) |
| Bill Pmt -Check | online | 7/29/2021 | Dominion Virginia Power | Utilities | M&T General account | $ (603.36) |
| Bill Pmt -Check | online | 7/29/2021 | VERIZON | Phone/ Internet | M&T General account | $ (319.19) |
| Bill Pmt -Check | online | 7/30/2021 | AT&T Mobility | Phone expense | M&T General account | $ (610.00) |
| Bill Pmt -Check | phone | 7/26/2021 | AT&T Mobility | Phone expense | M&T General account | $ (769.00) |
| Bill Pmt -Check | phone | 7/29/2021 | DirecTV | Utilities | M&T General account | $ (195.37) |
| Bill Pmt -Check | 3001 | 7/2/2021 | Gemini Land Development, LLC | Equipment Rental | M&T General account | $ (2,825.56) |
| Bill Pmt -Check | 3004 | 7/16/2021 | Virginia Employment Commission | Quarterly tax | M&T General account | $ (751.66) |
| Bill Pmt -Check | 3005 | 7/16/2021 | Strictly Striping, LLC | Subcontractor expense | M&T General account | $ (500.00) |
| Bill Pmt -Check | 3008 | 7/29/2021 | Diamond Springs | Water for employees | M&T General account | $ (108.16) |
| Check | 3009 | 7/28/2021 | Jeffery J Crabtree | reimbursment for materials | M&T General account | $ (23.47) |
| Bill Pmt -Check | 3010 | 7/30/2021 | Purvis Ford | Truck Repairs | M&T General account | $ (56.23) |
| Bill Pmt -Check | 3011 | 7/29/2021 | Glenn Nicholls, SR. | Rent | M&T General account | $ (3,000.00) |
| Bill Pmt -Check | 3012 | 7/29/2021 | Heavy Hauling | Subcontractor Expense | M&T General account | $ (6,335.00) |
| Bill Pmt -Check | 3013 | 7/29/2021 | Finish Line Construction, Inc. | Subconstractor Expense | M&T General account | $ (4,212.00) |
| Bill Pmt -Check | 3014 | 7/29/2021 | Local Services, LLC | Equipment Rental | M&T General account | $ (94.77) |
| Bill Pmt -Check | 3015 | 7/29/2021 | Businets, Inc. | Computer/Internet Expense | M&T General account | $ (150.00) |
| Bill Pmt -Check | 3016 | 7/29/2021 | County of Stafford | Water Meter/Usage | M&T General account | $ (191.70) |
| Bill Pmt -Check | 3017 | 7/29/2021 | County Waste | Utilities-trash removal | M&T General account | $ (105.22) |
| Bill Pmt -Check | 3018 | 7/29/2021 | NAPA of Fredericksburg | Equipment Parts | M&T General account | $ (1,068.33) |
| Bill Pmt -Check | 3019 | 7/29/2021 | Payne, Inc. | Equipment Rental | M&T General account | $ (300.12) |
| Bill Pmt -Check | 3020 | 7/29/2021 | Tipco Techniologies, Inc. | Equipment Parts | M&T General account | $ (11.58) |
| Bill Pmt -Check | 3021 | 7/29/2021 | Anderson Oil Company | Fuel for Equipment/ Jobs | M&T General account | $ (4,606.37) |
| Bill Pmt -Check | 3022 | 7/29/2021 | Fullerton & Knowles | Legal | M&T General account | $ (175.00) |
| Bill Pmt -Check | 3023 | 7/29/2021 | Sullivan's Towing & Recovery | Equipment Mobilization | M&T General account | $ (1,950.00) |
| Bill Pmt -Check | 3025 | 7/30/2021 | Fortiline | Construction Materials | M&T General account | $ (41.91) |
| | | | | | **Total General Payments** | **$ (42,368.80)** |

| Type | Num | Date | Name | Purpose | Account | Amount |
|---|---|---|---|---|---|---|
| Payroll | | 7/9/2021 | ADP/ Payroll | Payroll Checks | M&T Payroll account | $ (14,874.01) |
| | | 7/9/2021 | ADP/ Payroll | Payroll Taxes | M&T Payroll account | $ (5,705.62) |
| Payroll | | 7/23/2021 | ADP/ Payroll | Payroll Checks | M&T Payroll account | $ (18,762.59) |
| | | 7/23/2021 | ADP/ Payroll | Payroll Taxes | M&T Payroll account | $ (7,552.03) |
| | | | | | **Total Payments to Payroll** | **$ (46,894.25)** |
| | | | | | **Total Cash Dispursments** | **$ (89,263.05)** |

11:08 AM
08/19/21

# SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of July 31, 2021

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Anderson Oil Company** | | | | | |
| Bill | 06/24/2021 | 808857 | 07/24/2021 | 7 | 5,166.11 |
| Bill | 07/19/2021 | 815504 | 08/18/2021 | | 833.69 |
| Total Anderson Oil Company | | | | | 5,999.80 |
| **Blue Ridge Bank** | | | | | |
| Bill | 07/19/2021 | | 08/18/2021 | | 2,000.00 |
| Total Blue Ridge Bank | | | | | 2,000.00 |
| **Diamond Springs** | | | | | |
| Bill | 07/27/2021 | 002623 | 07/27/2021 | 4 | 34.82 |
| Total Diamond Springs | | | | | 34.82 |
| **Dillard Alarm** | | | | | |
| Bill | 07/02/2021 | AN4-2469 | 08/01/2021 | | 491.40 |
| Bill | 07/02/2021 | AN4-2602 | 08/01/2021 | | 544.40 |
| Bill | 07/29/2021 | AN4-2469 | 08/28/2021 | | 18.66 |
| Bill | 07/29/2021 | AN4-2602 | 08/28/2021 | | 12.24 |
| Total Dillard Alarm | | | | | 1,066.70 |
| **Diversified Estimating** | | | | | |
| Bill | 07/08/2021 | 3689 | 08/07/2021 | | 800.00 |
| Total Diversified Estimating | | | | | 800.00 |
| **Dominion Engineering Assoc.** | | | | | |
| Bill | 07/07/2021 | 8156-1 | 08/06/2021 | | 933.80 |
| Total Dominion Engineering Assoc. | | | | | 933.80 |
| **Erie Insurance** | | | | | |
| Bill | 07/28/2021 | 3215695 | 08/11/2021 | | 6,176.75 |
| Total Erie Insurance | | | | | 6,176.75 |
| **Ford- WZ** | | | | | |
| Bill | 07/28/2021 | | 08/07/2021 | | 889.10 |
| Total Ford- WZ | | | | | 889.10 |
| **Ford-150-RICKY** | | | | | |
| Bill | 07/28/2021 | | 08/07/2021 | | 822.58 |
| Total Ford-150-RICKY | | | | | 822.58 |
| **Ford Credit - 14 SZ** | | | | | |
| Bill | 07/28/2021 | | 08/07/2021 | | 725.76 |
| Total Ford Credit - 14 SZ | | | | | 725.76 |
| **Ford Credit - Richard** | | | | | |
| Bill | 07/28/2021 | | 08/07/2021 | | 829.15 |
| Total Ford Credit - Richard | | | | | 829.15 |
| **Ford F150** | | | | | |
| Bill | 07/28/2021 | | 08/07/2021 | | 754.20 |
| Total Ford F150 | | | | | 754.20 |
| **Fortliline** | | | | | |
| Bill | 07/23/2021 | 5371635 | 08/22/2021 | | 1,185.72 |
| Bill | 07/29/2021 | 5371138 | 08/28/2021 | | 4,227.63 |
| Total Fortliline | | | | | 5,413.35 |

11:08 AM
08/19/21

# SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of July 31, 2021

| Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| **Gemini Land Development, LLC** | | | | | |
| Bill | 07/26/2021 | 5819322 | 08/15/2021 | | 2,825.56 |
| Total Gemini Land Development, LLC | | | | | 2,825.56 |
| **Hinchey&Baines, PLC** | | | | | |
| Credit | 06/15/2021 | OVERPAYMENT | | | -100.00 |
| Bill | 06/15/2021 | 4742 | 07/15/2021 | 16 | 66.00 |
| Bill | 07/12/2021 | 4755 | 08/11/2021 | | 46.00 |
| Total Hinchey&Baines, PLC | | | | | 12.00 |
| **Kelemen & Stephens,PLLC** | | | | | |
| Bill | 06/07/2021 | 2020 TAX PREP | 07/07/2021 | 24 | 2,475.00 |
| Total Kelemen & Stephens,PLLC | | | | | 2,475.00 |
| **Lady J. Farms, Inc.** | | | | | |
| Bill | 07/26/2021 | 181202 | 08/05/2021 | | 600.00 |
| Total Lady J. Farms, Inc. | | | | | 600.00 |
| **LB Water Service, Inc.** | | | | | |
| Bill | 06/16/2021 | 3502853 | 07/16/2021 | 15 | 477.00 |
| Bill | 06/23/2021 | 3504821 | 07/23/2021 | 8 | 6,867.08 |
| Total LB Water Service, Inc. | | | | | 7,344.08 |
| **Mobile Mini Solutions** | | | | | |
| Bill | 07/15/2021 | 9011052773 | 08/14/2021 | | 1,003.69 |
| Total Mobile Mini Solutions | | | | | 1,003.69 |
| **Nationwide John Zuchowski** | | | | | |
| Bill | 07/15/2021 | L00027576 | 08/14/2021 | | 10,539.00 |
| Total Nationwide John Zuchowski | | | | | 10,539.00 |
| **Payne, Inc.** | | | | | |
| Bill | 07/09/2021 | 151371 | 08/08/2021 | | 300.12 |
| Total Payne, Inc. | | | | | 300.12 |
| **Sullivan's Towing & Recovery** | | | | | |
| Bill | 06/25/2021 | 21-07106 | 07/25/2021 | 6 | 450.00 |
| Bill | 07/06/2021 | 21-07276 | 08/05/2021 | | 380.00 |
| Bill | 07/06/2021 | 21-07283 | 08/05/2021 | | 171.00 |
| Bill | 07/06/2021 | 21-07274 | 08/05/2021 | | 900.00 |
| Bill | 07/06/2021 | 21-07275 | 08/05/2021 | | 900.00 |
| Total Sullivan's Towing & Recovery | | | | | 2,801.00 |
| **Tire Tread Service, Inc** | | | | | |
| Bill | 07/31/2021 | 1-65585 | 08/10/2021 | | 538.58 |
| Total Tire Tread Service, Inc | | | | | 538.58 |
| **VERIZON** | | | | | |
| Bill | 07/26/2021 | 850385586000198 | 08/15/2021 | | 325.16 |
| Total VERIZON | | | | | 325.16 |
| **TOTAL** | | | | | 55,210.20 |

11:34 AM
08/19/21

# SKS Construction, Inc
## Exhibit F Money Owed to SKS
### As of July 31, 2021

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | | |
| Total Current | | | | | | | | | |
| **1 - 30** | | | | | | | | | |
| Invoice | 06/25/2021 | AIA#4 | | Faulconer Construction:North Pointe (C... | Net 30 | 07/25/2021 | | 6 | 49,850.75 |
| Invoice | 06/25/2021 | Retain... | | Graybeale Construction, Inc. | Net 30 | 07/25/2021 | | 6 | 30,629.15 |
| Invoice | 06/25/2021 | AIA#4 | | Lifecycle Construction Services, LLC | Net 30 | 07/25/2021 | | 6 | 14,062.50 |
| Invoice | 06/25/2021 | Retain... | | Wack General Contractor:NSCBT Buil... | Net 30 | 07/25/2021 | | 6 | 53,669.35 |
| Invoice | 06/25/2021 | AIA#4 | | Fields Investment, LLC | Net 30 | 07/25/2021 | | 6 | 25,656.07 |
| Total 1 - 30 | | | | | | | | | 173,867.82 |
| **31 - 60** | | | | | | | | | |
| Invoice | 06/09/2021 | AIA#5 | | Graybeale Construction, Inc. | Due on re... | 06/09/2021 | | 52 | 90,108.48 |
| Total 31 - 60 | | | | | | | | | 90,108.48 |
| **61 - 90** | | | | | | | | | |
| Invoice | 05/19/2021 | Villas ... | | Villas at Salem Run | | 05/19/2021 | | 73 | 3,312.00 |
| Total 61 - 90 | | | | | | | | | 3,312.00 |
| **> 90** | | | | | | | | | |
| Total > 90 | | | | | | | | | |
| **TOTAL** | | | | | | | | | 267,288.30 |