## SKS CONSTRUCTION, INC.
10900 Houser Drive Fredericksburg, Va. 22408

**March 6, 2020**

Walnut Hill Development Corporation
Mike Roberts
1005 Sophia Street
Fredericksburg, Va. 22401

**Dear Mike:**

I would like to request that we terminate our contract for Walnut Hills by mutual consent.

It is clear that the Walnut Hills project is on hold and you have other contractors working on the job, it seems SKS will no longer be working there.

At this juncture, I believe it is best for both parties to terminate the contract and part ways.  There is the matter of retainage held on the job that will need to be settled.  Please see the enclosed invoice for the balance of retainage.


Sincerely,
Steven J. Zuchowski

# APPLICATION AND CERTIFICATE FOR PAYMENT

PAGE 1 OF 2 PAGES

**TO (OWNER):** jarrel propoerties

**PROJECT:** Walnut hills

**APPLICATION NO:** 5

**PERIOD TO:** 2/7/2020

**FROM (CONTRACTOR):**
SKS Construction, Inc.
10900 Houser Drive
Fredericksburg, VA 22408

**ARCHITECT:**

**ARCHITECT'S PROJECT NO:**

**CONTRACT DATE:**

**Distribution to:**
- [ ] OWNER
- [ ] ARCHITECT
- [X] CONTRACTOR
- [ ]
- [ ]

**CONTRACT FOR:** site work

## CONTRACTOR'S APPLICATION FOR PAYMENT

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Change orders approved in previous months by Owner TOTAL | | | |
| Approved this Month | | | |
| Number | Date Approved | | |
| CO#1 | misc | $86,385.75 | |
| co#2 | extra gravel | $15,351 | |
| co#3 | w/l owens | $27,854 | |
| co#4 | pond pipe | $11,060 | |
| WO#5 | water line leak | $19,200 | |
| CO#6 | credit paving/owens | | $218,780 |
| CO#7 | credit erosion | | $13,871 |
| CO#8 | credit storm | | $5,950 |
| CO#9 | credit conduits/slab | | $7,900 |
| CO#10 | credit undercut | | $36,565 |
| | TOTALS | $159,851 | $283,066 |
| Net change by change Orders | | $319,701.50 | |

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet is attached.

1. ORIGINAL CONTRACT SUM..................................... $  $ 731,562.00
2. Net change by Change Orders................................ $  $ 159,850.75
   credits to contract by change order.......................... $    ($283,066.00)
3. CONTRACT SUM TO DATE...................................... $  $ 608,346.75
4. TOTAL COMPLETED & STORED TO DATE...................... $  $ 608,346.75
   (Column G on Continuation Sheet)
5. RETAINAGE:
   a.  5 % of Completed Work         $  $ 30,417.34

   (Column D + E on Continuation Sheet)
   b.  ___% of Stored Materials         $ _____
   (Column F on Continuation Sheet
   Total Retainage (Line 5a +5b or
   Total in Column I of Continuation Sheet). ..................$   30,417.34
6. TOTAL EARNED LESS RETAINAGE............................ $  $ 577,929.41
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT............ $  $ 577,929.41
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE...................................... $  $     -
9. BALANCE TO FINISH, PLUS RETAINAGE.................... $  $ 30,417.34
   (Line 3 less Line 6)

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: SKS CONSTRUCTION, INC.

By: [signed] P&C's    Date: 3-10-20

State of: Virginia    County of: Spotsylvania
Subscribed and sworn to before me this 10th day of March, 2020
Notary Public: Jamie Shackelford
My Commission expires: 10/31/2023

*[Notary seal: Jamie Shackelford, Commonwealth of Virginia, Notary Public, Commission No. 7811097, My Commission Expires 10/31/2023]*

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the

AMOUNT CERTIFIED.................................... $ _____
(Attach explanation if amount certified differs form the amount applied for.)

CONTINUATION SHEET                                                                                                      PAGE 2 OF 6

The APPLICATION AND CERTIFICATE FOR PAYMENT containing  
Contractor's signed Certification is attached.  
In tabulations below, amounts are stated to the nearest dollar.  
Use column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 5  
APPLICATION DATE: 2/7/2020  
PERIOD TO:  
ARCHITECT'S PROJECT NO: walnut hills

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATIONS (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 1 | MOBILIZATION | $18,000.00 | $18,000.00 | $ - | | $18,000.00 | 100% | $ - | $900.00 |
| 2 | demo | $800.00 | $800.00 | | | $800.00 | 100% | $ - | $40.00 |
| 3 | earthmoving | $50,000.00 | $50,000.00 | $ - | | $50,000.00 | 100% | $ - | $2,500.00 |
| 4 | Water | $41,600.00 | $41,600.00 | | | $41,600.00 | 100% | $ - | $2,080.00 |
| 5 | Paving | $370,026.00 | $159,100.00 | | | $159,100.00 | 43% | $210,926.00 | $7,955.00 |
| c0 #1 | co#1 long reach rental | $86,385.75 | $86,385.75 | $ - | | $86,385.75 | 100% | $ - | $4,319.29 |
| co #2 | stone for acess and fill dirt driveway | $15,351.00 | $15,351.00 | | | $15,351.00 | 100% | | $767.55 |
| co #3 | owens work | $27,854.00 | $20,000.00 | $ - | | $20,000.00 | 72% | $7,854.00 | $1,000.00 |
| co#4 | pond # 3 pipe and struc | $11,060.00 | $11,060.00 | | | $11,060.00 | 100% | $ - | $553.00 |
| WO#5 | waterline leak | $19,200.00 | $19,200.00 | | | $19,200.00 | 100% | | $960.00 |
| CO#6 | credit to paving/owens work | $(218,780.00) | | | | | | $(218,780.00) | |
| | Page Totals | $421,496.75 | $421,496.75 | $ - | $ - | $421,496.75 | | $ - | $21,074.84 |

**CONTINUATION SHEET**                                                                                                    PAGE 3 OF 6

The APPLICATION AND CERTIFICATE FOR PAYMENT containing                                        APPLICATION NUMBER:       5
Contractor's signed Certification is attached.                                                APPLICATION DATE:    2/7/2020
In tabulations below, amounts are stated to the nearest dollar.                               PERIOD TO:
Use column I on Contracts where variable retainage for line items may apply.                  ARCHITECT'S PROJECT NO:  walnut hills

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLEDTED FROM PREVIOUS APPLICATIONS (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E +F) | (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|  | erosion |  |  |  |  |  |  |  |  |
| 1 | Construction Entrance | $ 3,200.00 | $ 3,200.00 |  |  | $ 3,200.00 | 100% | $ - | $160.00 |
| 2 | Silt Fence | $ 2,250.00 | $ 2,250.00 |  |  | $ 2,250.00 | 100% | $ - | $112.50 |
| 3 | Diversion Dike | $ 3,000.00 | $ 3,000.00 |  |  | $ 3,000.00 | 100% | $ - | $150.00 |
| 4 | Mulch Sock Check Dams | $ 7,500.00 | $ 6,500.00 |  |  | $ 6,500.00 | 87% | $ 1,000.00 | $325.00 |
| 5 | Inlet Protection | $ 1,800.00 | $ 1,000.00 |  |  | $ 1,000.00 | 56% | $ 800.00 | $50.00 |
| 6 | Outlet Protection | $ 3,600.00 | $ 2,600.00 |  |  | $ 2,600.00 | 72% | $ 1,000.00 | $130.00 |
| 7 | Culvert inlet Protection | $ 850.00 | $ 850.00 |  |  | $ 850.00 | 100% | $ - | $42.50 |
| 8 | Gravel Outlets | $ 17,625.00 | $ 11,650.00 |  |  | $ 11,650.00 | 66% | $ 5,975.00 | $582.50 |
| 9 | Temporaty Seeding | $ 33,396.00 | $ 31,500.00 |  |  | $ 31,500.00 | 94% | $ 1,896.00 | $1,575.00 |
| 10 | EC-2 Ditches | $ 17,000.00 | $ 14,800.00 |  |  | $ 14,800.00 | 87% | $ 2,200.00 | $740.00 |
| 11 | Maintain and Remove | $ 15,000.00 | $ 14,000.00 |  |  | $ 14,000.00 | 93% | $ 1,000.00 | $700.00 |
| CO#7 | credit for erosion work | $ (13,871.00) |  |  |  |  |  | $ (13,871.00) |  |
|  | Page Totals | $ 91,350.00 | $ 91,350.00 | $ - | $ - | $ 91,350.00 |  | $ - | $ 4,567.50 |

| CONTINUATION SHEET | | | | | | | | | PAGE 4 OF 6 |

The APPLICATION AND CERTIFICATE FOR PAYMENT containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 5
APPLICATION DATE: 2/7/2020
PERIOD TO:
ARCHITECT'S PROJECT NO: walnut hills

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLEDTED FROM PREVIOUS APPLICATIONS (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E +F) | (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| | Storm sewer | | | | | | | | |
| 1 | RCP Cl III- 15" | $ 3,150.00 | $ 3,150.00 | | | $ 3,150.00 | 100% | $ - | $157.50 |
| 2 | RCP Cl 111-36" | $ 7,200.00 | $ 7,200.00 | | | $ 7,200.00 | 100% | $ - | $360.00 |
| 3 | 36" Tees | $ 3,600.00 | $ 3,600.00 | | | $ 3,600.00 | 100% | $ - | $180.00 |
| 4 | CD-2 Underdrains | $ 4,500.00 | $ 2,500.00 | | | $ 2,500.00 | 56% | $ 2,000.00 | $125.00 |
| 5 | EW -12 Endwalls | $ 10,000.00 | $ 6,050.00 | | | $ 6,050.00 | 61% | $ 3,950.00 | $302.50 |
| CO#8 | credit for storm sewer | $ (5,950.00) | | | | | | $ (5,950.00) | |
| | Page Totals | $ 22,500.00 | $ 22,500.00 | $ - | $ - | $ 22,500.00 | | $ - | $ 1,125.00 |

CONTINUATION SHEET                                                                                                          PAGE 5 OF 6

The APPLICATION AND CERTIFICATE FOR PAYMENT containing  
Contractor's signed Certification is attached.  
In tabulations below, amounts are stated to the nearest dollar.  
Use column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 5  
APPLICATION DATE: 2/7/2020  
PERIOD TO:  
ARCHITECT'S PROJECT NO: walnut hills

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLEDTED FROM PREVIOUS APPLICATIONS (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E +F) | (G/C) | BALANCE TO FINISH (C - G) | RETAINAGE |
|  | misc conduit/slab |  |  |  |  |  |  |  |  |
| 1 | Fabric to Date | $ 13,500.00 | $ 13,500.00 |  |  | $ 13,500.00 | 100% | $ - | $675.00 |
| 2 | Conduits | $ 15,600.00 | $ 11,700.00 |  |  | $ 11,700.00 | 75% | $ 3,900.00 | $585.00 |
| 3 | Booster Pad/ Under Drain and Stone | $ 7,800.00 | $ 3,800.00 |  |  | $ 3,800.00 | 49% | $ 4,000.00 | $190.00 |
| CO#9 | credit for misc conduit/slab | $ (7,900.00) |  |  |  |  |  | $ (7,900.00) |  |
|  | Page Totals | $ 29,000.00 | $ 29,000.00 | $ - | $ - | $ 29,000.00 |  | $ - | $ 1,450.00 |

CONTINUATION SHEET                                                                                                                              PAGE 6 OF 6

The APPLICATION AND CERTIFICATE FOR PAYMENT containing  
Contractor's signed Certification is attached.  
In tabulations below, amounts are stated to the nearest dollar.  
Use column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: 5  
APPLICATION DATE: 2/7/2020  
PERIOD TO:  
ARCHITECT'S PROJECT NO: walnut hills

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATIONS (D + E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G/C) | H BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | undercut for roadways | | | | | | | | |
| 1 | Pewter Work 21 Cul de sac | $13,000.00 | $13,000.00 | | | $13,000.00 | 100% | $ - | $650.00 |
| 2 | Fabric / #3 stone | $36,295.00 | $31,000.00 | | | $31,000.00 | | $5,295.00 | $1,550.00 |
| 3 | Wild Flower 45+80 to 17/18 structures | $9,500.00 | | | | $ - | 0% | $9,500.00 | $0.00 |
| 4 | Fabric/ #3 Stone | $21,770.00 | | | | $ - | 0% | $21,770.00 | $0.00 |
| CO#10 | credit for undercut roadways | $(36,565.00) | | | | | | $(36,565.00) | |
| | Page Totals | $44,000.00 | $44,000.00 | $ - | $ - | $44,000.00 | | $ - | $2,200.00 |
| | Total: | $608,346.75 | $608,346.75 | | | $608,346.75 | | | $30,417.34 |