JAMES D. FULLERTON ‡±φ
KAVITA S. KNOWLES ±φ
JOHN D. PURDY ‡±δφ
PAUL SCHRADER ±φ‡
BAABAK ZARRABIAN ‡φ

OF COUNSEL
STEPHEN J. ANNINO ‡±δφ

ADMITTED IN:
‡ DISTRICT OF COLUMBIA
± MARYLAND
δ PENNSYLVANIA
φ VIRGINIA



ATTORNEYS AT LAW

12642 CHAPEL ROAD
CLIFTON, VIRGINIA 20124

TELEPHONE (703) 818-2600
FACSIMILE (703) 818-2602

1828 L STREET, N.W., SUITE 270
WASHINGTON, DC 2003620854

7811 MONTROSE ROAD, #400
POTOMAC, MD 20854

WRITER'S DIRECT EXT: 203
WRITER'S E-MAIL:
KKNOWLES@FULLERTONLAW.COM

WEBSITE:
WWW.FULLERTONLAW.COM

April 12, 2021

James E. Jarrell, III
Walnut Hill Development Corporation
1005 Sophia St.
Fredericksburg, VA 22401

RE:   Property: Tax Map Parcel 9-34 in King George County, VA

Dear Mr. Jarrell:

I am counsel for SKS Construction, Inc. ("SKS"). Please be advised that Walnut Hill Development Corporation ("Walnut Hill") is indebted to SKS for labor and materials provided in the amount of $30,000.00, for the construction of improvements on the above referenced property. The November 1, 2018, contract between Walnut Hill and SKS provides no basis for withholding funds from this project for any claim Walnut Hill may have on another project or contract. In addition, the alleged claim against SKS on the Brookwood project is entirely unrelated to this claim as the contract there is between Brookwood and SKS. Accordingly, Walnut Hill's failure to pay SKS constitutes a breach of contract.

Please be advised that I will be filing suit against Walnut Hill for all monies owed including interest and all costs of collection, should payment not be received within 10 days after receipt of this letter. If you intend to pay this debt, please send payment made payable to SKS Construction, Inc., to my attention at the Clifton address noted above. No further notices shall be given prior to filing suit. Thank you in advance for your prompt attention to this matter.

Sincerely,

Kavita S. Knowles

cc: SKS Construction, Inc.