**Fill in this information to identify the case:**

Debtor Name: SKS Construction, Inc.

United States Bankruptcy Court for the: Eastern District of Virginia

Case number: 21-31862

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2021

Line of business: Excavation Contractor

Date report filed: 09/21/2021 (MM/DD/YYYY)

NAISC code: 238912

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Steven J. Zuchowski

Original signature of responsible party: /s/ Steven J. Zuchowski

Printed name of responsible party: Steven J. Zuchowski

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  SKS Construction, Inc.                                                   Case number 21-31862

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.         $ 55,505.71

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.         $ 81,618.82

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.         – $ 119,446.50

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.         + $ -37,827.68

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.
    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.         = $ 17,678.03

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**         $ 45,444.92

    (Exhibit E)

Debtor Name: SKS Construction, Inc.    Case number: 21-31862

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 453,013.62
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    10
27. What is the number of employees as of the date of this monthly report?    12

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 227,755.75 | − | $ 81,618.82 | = | $ 146,136.93 |
| 33. Cash disbursements | $ 191,230.27 | − | $ 119,446.50 | = | $ 71,783.77 |
| 34. Net cash flow | $ 36,525.48 | − | $ -37,827.68 | = | $ -1,302.20 |

35. Total projected cash receipts for the next month:    $ 397,184.72
36. Total projected cash disbursements for the next month:    − $ 220,500.00
37. Total projected net cash flow for the next month:    = $ 176,684.72

Debtor Name SKS Construction, Inc.　　　　　　　　　　　　　　　Case number 21-31862

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [x] 42. Project, job costing, or work-in-progress reports.

M&T Bank

FOR INQUIRIES CALL: FREDERICKSBURG PLANK RD
(540) 374-1563

00   0 03055M NM 017

000001668 FIDS1548D01708312108 09 010000           P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE #21-31862
STEVEN ZUCHOWSKI, TRUSTEE
GENERAL ACCOUNT
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9432 | 08/01/21 - 08/31/21 |
| BEGINNING BALANCE | $71,497.84 |
| DEPOSITS & CREDITS | 81,618.82 |
| LESS CHECKS & DEBITS | 119,196.67 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $33,919.99 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $71,497.84 |
| 08/02/2021 | SPOTSYLVANIA CO GOVSERVICE  0898781 | | $13.00 | |
| 08/02/2021 | ATT Payment            524467003MYW9W | | 610.00 | |
| 08/02/2021 | Quarles Petr1837 PAYMENT    933812 | | 656.71 | |
| 08/02/2021 | CHECK NUMBER       3009 | | 23.47 | |
| 08/02/2021 | CHECK NUMBER       3012 | | 6,335.00 | |
| 08/02/2021 | CHECK NUMBER       3020 | | 11.58 | 63,848.08 |
| 08/03/2021 | DEPOSIT | $3,312.00 | | |
| 08/03/2021 | CHECK NUMBER       3010 | | 56.23 | |
| 08/03/2021 | CHECK NUMBER       3016 | | 191.70 | |
| 08/03/2021 | CHECK NUMBER       3019 | | 300.12 | |
| 08/03/2021 | CHECK NUMBER       3021 | | 4,606.37 | |
| 08/03/2021 | CHECK NUMBER       3023 | | 1,950.00 | 60,055.66 |
| 08/04/2021 | CHECK NUMBER       3014 | | 94.77 | |
| 08/04/2021 | CHECK NUMBER       3015 | | 150.00 | |
| 08/04/2021 | CHECK NUMBER       3026 | | 2,825.56 | 56,985.33 |
| 08/05/2021 | CHECK NUMBER       3017 | | 105.22 | 56,880.11 |
| 08/06/2021 | ATT Payment            140843003MYW9O | | 1,238.33 | |
| 08/06/2021 | CHECK NUMBER       3018 | | 1,068.33 | 54,573.45 |
| 08/09/2021 | DEPOSIT | 49,850.75 | | |
| 08/09/2021 | In Branch Transfer/Withdrawal | | 20,500.00 | |
| 08/09/2021 | Quarles Petr1837 PAYMENT    933812 | | 886.72 | |
| 08/09/2021 | CHECK NUMBER       3022 | | 175.00 | |
| 08/09/2021 | CHECK NUMBER       3025 | | 41.91 | |
| 08/09/2021 | CHECK NUMBER       3027 | | 2,500.00 | |
| 08/09/2021 | CHECK NUMBER       3028 | | 84.18 | 80,236.39 |
| 08/11/2021 | ANTHEM VA INSUR PREM       547M57783 | | 2,693.00 | |
| 08/11/2021 | CHECK NUMBER       3013 | | 4,212.00 | 73,331.39 |
| 08/12/2021 | CHECK NUMBER       3032 | | 1,122.00 | |
| 08/12/2021 | CHECK NUMBER       3033 | | 1,260.00 | 70,949.39 |
| 08/13/2021 | CHECK NUMBER       3031 | | 895.03 | 70,054.36 |
| 08/16/2021 | Intuit QuickBooks      0751152 | | 118.20 | |
| 08/16/2021 | Quarles Petr1837 PAYMENT    933812 | | 544.77 | |
| 08/16/2021 | CHECK NUMBER       3034 | | 1,767.61 | 67,623.78 |
| 08/17/2021 | DEPOSIT | 25,656.07 | | |

PAGE 1 OF 2

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

FOR INQUIRIES CALL:  FREDERICKSBURG PLANK RD
                     (540) 374-1563

| ACCOUNT TYPE |
|---|
| M&T SIMPLE CHECKING FOR BUSINESS |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9432 | 08/01/21 - 08/31/21 |

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE #21-31862

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/17/2021 | In Branch Transfer/Withdrawal | | 8,322.97 | |
| 08/17/2021 | CHECK NUMBER    3035 | | 1,400.00 | |
| 08/17/2021 | CHECK NUMBER    3037 | | 50.80 | 83,506.08 |
| 08/18/2021 | CHECK NUMBER    3029 | | 734.41 | 82,771.67 |
| 08/19/2021 | In Branch Transfer/Withdrawal | | 23,431.31 | |
| 08/19/2021 | CHECK NUMBER    3036 | | 3,000.00 | |
| 08/19/2021 | CHECK NUMBER    3039 | | 188.99 | 56,151.37 |
| 08/20/2021 | FEDERAL EXPRESS DEBIT   EPA93430770 | | 22.73 | |
| 08/20/2021 | FORD CREDIT AUTO PYMT   19428088081921 | | 728.76 | |
| 08/20/2021 | FORD CREDIT AUTO PYMT   19428192081921 | | 754.20 | |
| 08/20/2021 | FORD CREDIT AUTO PYMT   19428123081921 | | 822.58 | |
| 08/20/2021 | FORD CREDIT AUTO PYMT   19428029081921 | | 829.15 | |
| 08/20/2021 | FORD CREDIT AUTO PYMT   19428058081921 | | 889.10 | |
| 08/20/2021 | CHECK NUMBER    3038 | | 1,500.00 | |
| 08/20/2021 | CHECK NUMBER    3040 | | 14.80 | |
| 08/20/2021 | CHECK NUMBER    3041 | | 400.00 | |
| 08/20/2021 | CHECK NUMBER    3042 | | 67.60 | |
| 08/20/2021 | CHECK NUMBER    3043 | | 2,000.00 | 48,122.45 |
| 08/23/2021 | Quarles Petr1837 PAYMENT   933812 | | 660.86 | 47,461.59 |
| 08/26/2021 | DEPOSIT | 2,800.00 | | |
| 08/26/2021 | In Branch Transfer/Withdrawal | | 9,847.29 | |
| 08/26/2021 | VERIZON VZ BillPay   8503855860001 | | 325.16 | 40,089.14 |
| 08/27/2021 | CHECK NUMBER    3052 | | 5,400.00 | 34,689.14 |
| 08/30/2021 | Quarles Petr1837 PAYMENT   933812 | | 769.15 | 33,919.99 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 33 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

| FOR INQUIRIES CALL: | FREDERICKSBURG PLANK RD |
|---|---|
| | (540) 374-1563 |

00   0 03055M NM  017

000001667  FIDS1548D01708312108 09 010000         P

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE # 21-31862
STEVEN ZUCHOWSKI, TRUSTEE
PAYROLL
10900 HOUSER DR
FREDERICKSBURG VA 22408-2452

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 9424 | 08/01/21 - 08/31/21 |
| BEGINNING BALANCE | $17,506.78 |
| DEPOSITS & CREDITS | 62,101.57 |
| LESS CHECKS & DEBITS | 78,700.37 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $907.98 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2021 | BEGINNING BALANCE | | | $17,506.78 |
| 08/02/2021 | CHECK NUMBER    50013 | | $3,076.83 | |
| 08/02/2021 | CHECK NUMBER    50014 | | 1,423.80 | |
| 08/02/2021 | CHECK NUMBER    50023 | | 3,367.55 | |
| 08/02/2021 | CHECK NUMBER    50024 | | 1,423.80 | 8,214.80 |
| 08/03/2021 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH ADP | | 7,552.03 | 662.77 |
| 08/09/2021 | In Branch Transfer/Deposit | $20,500.00 | | |
| 08/09/2021 | CHECK NUMBER    50022 | | 162.44 | |
| 08/09/2021 | CHECK NUMBER    50033 | | 162.44 | |
| 08/09/2021 | CHECK NUMBER    50037 | | 2,117.79 | |
| 08/09/2021 | CHECK NUMBER    50038 | | 823.05 | |
| 08/09/2021 | CHECK NUMBER    50039 | | 2,540.12 | |
| 08/09/2021 | CHECK NUMBER    50040 | | 520.07 | |
| 08/09/2021 | CHECK NUMBER    50041 | | 2,016.91 | |
| 08/09/2021 | CHECK NUMBER    50042 | | 2,860.67 | |
| 08/09/2021 | CHECK NUMBER    50043 | | 1,111.48 | |
| 08/09/2021 | CHECK NUMBER    50044 | | 3,103.28 | 5,744.52 |
| 08/10/2021 | CHECK NUMBER    50034 | | 3,367.54 | |
| 08/10/2021 | CHECK NUMBER    50035 | | 1,423.80 | 953.18 |
| 08/13/2021 | ADP PAYROLL FEES ADP - FEES 2RV55   5919879 | | 117.23 | 835.95 |
| 08/17/2021 | In Branch Transfer/Deposit | 8,322.97 | | 9,158.92 |
| 08/18/2021 | OUTGOING FEDWIRE FUNDS TRANSFER ADP | | 8,322.97 | 835.95 |
| 08/19/2021 | In Branch Transfer/Deposit | 23,431.31 | | 24,267.26 |
| 08/20/2021 | ADP PAYROLL FEES ADP - FEES 2RV55   8185100 | | 10.00 | |
| 08/20/2021 | CHECK NUMBER    50052 | | 2,401.56 | |
| 08/20/2021 | CHECK NUMBER    50053 | | 1,716.94 | 20,138.76 |
| 08/23/2021 | CHECK NUMBER    50050 | | 2,248.59 | |
| 08/23/2021 | CHECK NUMBER    50054 | | 2,128.93 | |
| 08/23/2021 | CHECK NUMBER    50055 | | 2,950.17 | |
| 08/23/2021 | CHECK NUMBER    50056 | | 1,826.66 | 10,984.41 |
| 08/24/2021 | CHECK NUMBER    50047 | | 3,367.54 | |
| 08/24/2021 | CHECK NUMBER    50048 | | 1,523.80 | 6,093.07 |
| 08/25/2021 | CHECK NUMBER    50051 | | 1,639.70 | 4,453.37 |

PAGE 1 OF 2

**M&T** Bank

FOR INQUIRIES CALL:  FREDERICKSBURG PLANK RD
(540) 374-1563

| ACCOUNT TYPE |
|---|
| M&T SIMPLE CHECKING FOR BUSINESS |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9424 | 08/01/21 - 08/31/21 |

SKS CONSTRUCTION INC
DEBTOR IN POSSESSION CASE # 21-31862

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/26/2021 | In Branch Transfer/Deposit | 9,847.29 | | 14,300.66 |
| 08/27/2021 | OUTGOING FEDWIRE FUNDS TRANSFER ADP | | 9,847.29 | |
| 08/27/2021 | ADP PAYROLL FEES ADP - FEES 2RV55   2550331 | | 117.23 | |
| 08/27/2021 | CHECK NUMBER    50046 | | 162.44 | |
| 08/27/2021 | CHECK NUMBER    50057 | | 3,103.28 | |
| 08/27/2021 | CHECK NUMBER    50059 | | 162.44 | 907.98 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 28 | |

DEPOSIT ACCOUNT CUSTOMERS - WE HAVE REVISED OUR COMMERCIAL DEPOSIT ACCOUNT AGREEMENT ("CDAA"). EFFECTIVE SEPTEMBER 16, 2021, YOUR USE OF COMMERCIAL DEPOSIT ACCOUNTS WILL BE GOVERNED BY THE REVISED CDAA. TO REVIEW ADDITIONAL DETAILS AND THE REVISED CDAA, VISIT MTB.COM/CDAA.

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

SKS Construction, Inc.
Work in progress as of August 31, 2021

| Contract | Contract Amount | Change Orders | Total Contract | Estimated Job Cost | Completed To Date | % Complete | Balance To Finish | Retainage | Estimated Gross Profit | Profit of job % | estimated date of completion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Pointe Phase 1 A | $ 300,814.80 | $ (18,600.00) | $ 282,214.80 | $ 240,000.0000 | $ 222,523.20 | 74% | $ 83,115.88 | $ 11,127.16 | $ 42,214.80 | 15% | 10/31/2021 |
| NSCBT | $ 479,028.00 | $ 57,665.50 | $ 536,693.50 | $ 396,000.0000 | $ 536,093.50 | 100% | $ - | $ 53,669.35 | $ 140,693.50 | 27% | Finished |
| Fields Investment | $ 141,966.75 | $ 7,720.00 | $ 149,686.75 | $ 112,000.0000 | $ 149,686.75 | 100% | $ - | $ 14,968.68 | $ 37,686.75 | 25% | Finished |
| Royal Farms | $ 233,590.00 | $ 72,701.50 | $ 306,291.50 | $ 194,000.0000 | $ 306,291.50 | 100% | $ - | $ 30,629.15 | $ 112,291.50 | 37% | Finished |
| Kaeser Compressor building expansion | $ 100,000.00 | | $ 100,000.00 | $ 62,000.0000 | $ 71,039.00 | 71% | $ 27,511.00 | $ 7,103.90 | $ 38,000.00 | 38% | 9/25/2021 |
| Meadows at Liberty Hall | $986,455.00 | $ (145,000.00) | $841,455.00 | $ 585,000.0000 | $ 537,993.04 | 63% | $ 448,461.96 | $ 26,899.65 | $ 256,455.00 | 27% | 10/31/2021 |

* payroll included/monthly operating cost not included
* Monthly operating cost not included

| | Contract amount | Change orders | total Contract | Estimated Job Cost | Completed to date | % complete | Balance to Finish | Retainage 5% | Estimated Profit | profit of Job % | Estimated Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work committted (not under contract yet) | $ 1,000,000.00 | $ - | $ 1,000,000.00 | $ 800,000.0000 | $ - | 0% | $ 1,000,000.00 | $ - | $ 200,000.00 | 20% | |
| Bill Britt Mazda | | | | | | | | | | | 8/30/2021 |