# Exhibit C

**SKS Construction, Inc.**
**Deposit Detail August 2021**

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Payment | 1602 | 8/3/2021 | Villas at Salem Run | 12000 · Undeposited Funds | $ (3,312.00) |
| Deposit | | 8/3/2021 | | M&T General account | $ 3,312.00 |
| TOTAL | | | | | $ (3,312.00) |
| Payment | 3473683 | 8/9/2021 | Faulconer Construction:North Pointe (CODE):North Pointe phase 1A | 12000 · Undeposited Funds | $ (49,850.75) |
| Deposit | | 8/9/2021 | | M&T General account | $ 49,850.75 |
| TOTAL | | | | | $ (49,850.75) |
| Payment | 5804 | 8/17/2021 | Fields Investment, LLC | 12000 · Undeposited Funds | $ (25,656.07) |
| Deposit | | 8/17/2021 | | M&T General account | $ 25,656.07 |
| TOTAL | | | | | $ (25,656.07) |
| Payment | | 8/26/2021 | Jumping Branch Farm, LLC:Meadows at Liberty Hall | 12000 · Undeposited Funds | $ (2,800.00) |
| Deposit | | 8/26/2021 | | M&T General Account | $ 2,800.00 |
| TOTAL | | | | | $ (2,800.00) |

Exhibit D

SKS Construction, Inc.
Check Detail August 2021

**General Account**

| Type | Num | Date | Name | Purpose | Account | paid amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | EFT | 8/2/2021 | Quarles Fleet Fueling | Fuel for trucks/equipment | M&T General account | ($656.71) |
| Bill Pmt -Check | EFT | 8/9/2021 | Quarles Fleet Fueling | Fuel for trucks/equipment | M&T General account | ($886.72) |
| Bill Pmt -Check | EFT | 8/13/2021 | Quarles Fleet Fueling | Fuel for trucks/Equipment | M&T General account | ($544.77) |
| Bill Pmt -Check | EFT | 8/23/2021 | Quarles Fleet Fueling | Fuel for trucks/Equipment | M&T General account | ($660.86) |
| Bill Pmt -Check | EFT | 8/30/2021 | Quarles Fleet Fueling | Fuel for trucks/Equipment | M&T General account | ($769.15) |
| Bill Pmt -Check | online | 8/5/2021 | AT&T Mobility | Cellular service | M&T General account | ($1,238.33) |
| Bill Pmt -Check | online | 8/10/2021 | Anthem | health insurance premium | M&T General account | ($2,693.00) |
| Bill Pmt -Check | online | 8/17/2021 | Fed Ex | shipping | M&T General account | ($22.73) |
| Bill Pmt -Check | online | 8/25/2021 | VERIZON | utilities | M&T General account | ($325.16) |
| Bill Pmt -Check | phone | 8/20/2021 | Ford-150-RICKY | auto loan payment | M&T General account | ($822.58) |
| Bill Pmt -Check | phone | 8/20/2021 | Ford Credit - 14 SZ | auto loan payment | M&T General account | ($728.76) |
| Bill Pmt -Check | phone | 8/20/2021 | Ford- WZ | auto loan payment | M&T General account | ($889.10) |
| Bill Pmt -Check | phone | 8/20/2021 | Ford Credit - Richard | auto loan payment | M&T General account | ($829.15) |
| Bill Pmt -Check | phone | 8/24/2021 | Nationwide Life | principle life insurance premium | M&T General account | ($10,543.95) |
| Bill Pmt -Check | Phone | 8/20/2021 | Ford F150 | auto loan payment | M&T General account | ($754.20) |
| Bill Pmt -Check | 3026 | 8/3/2021 | Gemini Land Development, LLC | equipment rental | M&T General account | ($2,825.56) |
| Check | 3027 | 8/5/2021 | John J. Zuchowski | loan repayment | M&T General account | ($2,500.00) |
| Check | 3028 | 8/5/2021 | Robin Workman | reimbursment for construction materials | M&T General account | ($84.18) |
| Bill Pmt -Check | 3029 | 8/5/2021 | McClung Logan | equipment parts | M&T General account | ($734.41) |
| Check | 3030 | 8/9/2021 | void | | M&T General account | $- |
| Bill Pmt -Check | 3031 | 8/9/2021 | Ferguson Waterworks | construction materials | M&T General account | ($895.03) |
| Bill Pmt -Check | 3032 | 8/9/2021 | DMJT Trucking, LLC | subcontractor expense | M&T General account | ($1,122.00) |
| Bill Pmt -Check | 3033 | 8/9/2021 | Humphrey's Farm | construction materials | M&T General account | ($1,260.00) |
| Bill Pmt -Check | 3034 | 8/12/2021 | Carter Machinery Company, Inc.- | equipment repairs | M&T General account | ($1,767.61) |
| Bill Pmt -Check | 3035 | 8/12/2021 | Phillips C&C | take off drafting services | M&T General account | ($1,400.00) |
| Bill Pmt -Check | 3036 | 8/10/2021 | Glenn Nicholls, SR. | August Rent | M&T General account | ($3,000.00) |
| Bill Pmt -Check | 3037 | 8/13/2021 | Express Lanes | auto expense | M&T General account | ($50.80) |
| Bill Pmt -Check | 3038 | 8/13/2021 | Enviromental Pipe Cleaning,Inc | subcontractor expense | M&T General account | ($1,500.00) |
| Check | 3039 | 8/17/2021 | Staples | office supplies | M&T General account | ($188.99) |

Exhibit D

SKS Construction, Inc.
Debtor in Possession

| Type | Num | Date | Name | Purpose | Account | Paid amount |
|---|---|---|---|---|---|---|
| Check | 3040 | 8/17/2021 | Robin Workman | reimbursement for construction materials | M&T General account | ($14.80) |
| Bill Pmt -Check | 3041 | 8/19/2021 | Brian Byington | equipment repairs | M&T General account | ($400.00) |
| Check | 3042 | 8/20/2021 | Robin Workman | reimbursement for construction materials | M&T General account | ($67.60) |
| Bill Pmt -Check | 3043 | 8/19/2021 | Blue Ridge Bank | loan payment | M&T General account | ($2,000.00) |
| Bill Pmt -Check | 3044 | 8/30/2021 | Anderson Oil Company | fuel for job site | M&T General account | ($5,166.11) |
| Bill Pmt -Check | 3045 | 8/30/2021 | Lady J. Farms, Inc. | construction materials | M&T General account | ($650.00) |
| Bill Pmt -Check | 3046 | 8/30/2021 | Local Services, LLC | equipment rental | M&T General account | ($94.77) |
| Bill Pmt -Check | 3047 | 8/30/2021 | NAPA of Fredericksburg | equipment parts | M&T General account | ($16.02) |
| Bill Pmt -Check | 3048 | 8/30/2021 | Payne, Inc. | equipment rental | M&T General account | ($300.12) |
| Bill Pmt -Check | 3049 | 8/30/2021 | The Free Lance Star | advertising expense | M&T General account | ($25.00) |
| Bill Pmt -Check | 3050 | 8/30/2021 | Tire Tread Service, Inc | equipment repairs | M&T General account | ($538.58) |
| Bill Pmt -Check | 3051 | 8/30/2021 | Treasurer of Spotsylvania County | water meter usage | M&T General account | ($40.00) |
| Bill Pmt -Check | 3052 | 8/27/2021 | Sullivan's Towing & Recovery | mobilization | M&T General account | ($5,400.00) |
| Bill Pmt -Check | 3053 | 8/30/2021 | Sullivan's Towing & Recovery | mobilization | M&T General account | ($2,801.00) |
| Bill Pmt -Check | 3054 | 8/27/2021 | Environmental Pipe Cleaning,Inc | subcontractor expense | M&T General account | ($2,560.00) |
| Check | 3055 | 8/27/2021 | Robin Workman | reimbursement for construction materials | M&T General account | ($18.94) |
| | | | | | Total General account payments | ($59,786.69) |

**Payroll Account**

| Type | Num | Date | Name | Purpose | Account | Paid amount |
|---|---|---|---|---|---|---|
| | | 8/3/2021 | ADP/ payroll checks | | | ($23,431.31) |
| Check | wire | 8/3/2021 | ADP/payroll taxes | | M&T Payroll Account | ($7,552.03) |
| | | 8/18/2021 | ADP/ payroll checks | | | ($20,353.50) |
| Check | wire | 8/18/2021 | ADP/taxes | | M&T Payroll Account | ($8,322.97) |
| | | | | | Total Payroll payments | ($59,659.81) |
| | | | | | Total Cash Dispursments | ($119,446.50) |

6:23 PM
09/20/21

## SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of August 31, 2021

| Date | Num | Due Date | Open Balance |
|---|---|---|---:|
| **ACF Environmental** | | | |
| 08/13/2021 | 264301 | 09/12/2021 | 4,482.86 |
| Total ACF Environmental | | | 4,482.86 |
| **Anderson Oil Company** | | | |
| 07/19/2021 | 815504 | 08/18/2021 | 833.69 |
| 08/13/2021 | 821398 | 09/12/2021 | 969.21 |
| 08/31/2021 | 824781 | 09/30/2021 | 7,853.74 |
| Total Anderson Oil Company | | | 9,656.64 |
| **AT&T Mobility** | | | |
| 08/05/2021 | 825456939 | 09/10/2021 | 1,345.01 |
| Total AT&T Mobility | | | 1,345.01 |
| **County of Stafford** | | | |
| 08/09/2021 | 0002488381-00008... | 09/08/2021 | 19.17 |
| Total County of Stafford | | | 19.17 |
| **Dillard Alarm** | | | |
| 07/02/2021 | AN4-2469 | 08/01/2021 | 512.48 |
| 07/02/2021 | AN4-2602 | 08/01/2021 | 554.30 |
| 07/29/2021 | AN4-2469 | 08/28/2021 | 18.66 |
| 07/29/2021 | AN4-2602 | 08/28/2021 | 12.24 |
| Total Dillard Alarm | | | 1,097.68 |
| **Diversified Estimating** | | | |
| 07/08/2021 | 3689 | 08/07/2021 | 800.00 |
| Total Diversified Estimating | | | 800.00 |
| **Dominion Engineering Assoc.** | | | |
| 07/07/2021 | 8156-1 | 08/06/2021 | 933.80 |
| Total Dominion Engineering Assoc. | | | 933.80 |
| **Finish Line Construction, Inc.** | | | |
| 08/23/2021 | 1633 | 09/22/2021 | 4,212.00 |
| Total Finish Line Construction, Inc. | | | 4,212.00 |
| **Fortliline** | | | |
| 07/23/2021 | 5371635 | 08/22/2021 | 1,185.72 |
| 07/29/2021 | 5371138 | 08/28/2021 | 4,227.63 |
| Total Fortliline | | | 5,413.35 |
| **Hinchey&Baines, PLC** | | | |
| 06/15/2021 | OVERPAYMENT | | -100.00 |
| 06/15/2021 | 4742 | 07/15/2021 | 66.00 |
| 07/12/2021 | 4755 | 08/11/2021 | 46.00 |
| 08/03/2021 | 4770 | 09/02/2021 | 144.00 |
| Total Hinchey&Baines, PLC | | | 156.00 |
| **Home Paramount** | | | |
| 08/01/2021 | 748008 | 08/31/2021 | 120.00 |
| Total Home Paramount | | | 120.00 |
| **Kelemen & Stephens,PLLC** | | | |
| 06/07/2021 | 2020 TAX PREP | 07/07/2021 | 2,475.00 |
| 08/23/2021 | sev chg | 09/22/2021 | 37.84 |
| Total Kelemen & Stephens,PLLC | | | 2,512.84 |

Page 1

6:23 PM
09/20/21

## SKS Construction, Inc
## Exhibit E Unpaid Bills Detail
### As of August 31, 2021

| Date | Num | Due Date | Open Balance |
|---|---|---|---|
| **LB Water Service, Inc.** | | | |
| 06/16/2021 | 3502853 | 07/16/2021 | 477.00 |
| 06/23/2021 | 3504821 | 07/23/2021 | 6,867.08 |
| Total LB Water Service, Inc. | | | 7,344.08 |
| **Mobile Mini Solutions** | | | |
| 08/23/2021 | 9011293883 | 09/22/2021 | 163.69 |
| Total Mobile Mini Solutions | | | 163.69 |
| **Nationwide Life** | | | |
| 08/05/2021 | L00021619 | 09/18/2021 | 3,099.42 |
| Total Nationwide Life | | | 3,099.42 |
| **Payne, Inc.** | | | |
| 08/13/2021 | 152647 | 09/12/2021 | 300.12 |
| Total Payne, Inc. | | | 300.12 |
| **Sullivan's Towing & Recovery** | | | |
| 08/03/2021 | 21-07792 | 09/02/2021 | 300.00 |
| 08/03/2021 | 21-07794 | 09/02/2021 | 900.00 |
| 08/03/2021 | 21-07793 | 09/02/2021 | 300.00 |
| 08/13/2021 | 21-07962 | 09/12/2021 | 190.00 |
| 08/23/2021 | 21-08121 | 09/22/2021 | 225.00 |
| 08/24/2021 | 21-08123 | 09/23/2021 | 450.00 |
| 08/24/2021 | 21-08122 | 09/23/2021 | 600.00 |
| 08/26/2021 | 21-08245 | 09/25/2021 | 190.00 |
| 08/31/2021 | 21-08358 | 09/30/2021 | 380.00 |
| Total Sullivan's Towing & Recovery | | | 3,535.00 |
| **Virginia Employment Commission** | | | |
| 08/23/2021 | 0004686659 | 09/02/2021 | 253.26 |
| Total Virginia Employment Commission | | | 253.26 |
| **TOTAL** | | | **45,444.92** |

6:30 PM
09/20/21

# SKS Construction, Inc
## Exhibit F Money owed to SKS
### As of August 31, 2021

| Type | Date | Num | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Current** | | | | | | | | |
| Invoice | 08/01/2021 | retainage | Fields Investment, LLC | Net 30 | 08/31/2021 | | | 14,968.68 |
| Invoice | 08/05/2021 | AIA#5 | Faulconer Construction:North Pointe... | Net 30 | 09/04/2021 | | | 94,243.04 |
| Invoice | 08/30/2021 | AIA#3 | Jumping Branch Farm, LLC:Meadow... | Net 30 | 09/29/2021 | | | 233,130.00 |
| **Total Current** | | | | | | | | 342,341.72 |
| **1 - 30** | | | | | | | | |
| **Total 1 - 30** | | | | | | | | |
| **31 - 60** | | | | | | | | |
| Invoice | 06/25/2021 | Retainage | Graybeale Construction, Inc. | Net 30 | 07/25/2021 | | 37 | 29,622.55 |
| Invoice | 06/25/2021 | AIA#4 | Lifecycle Construction Services, LLC | Net 30 | 07/25/2021 | | 37 | 14,062.50 |
| Invoice | 06/25/2021 | Retainage | Wack General Contractor:NSCBT B... | Net 30 | 07/25/2021 | | 37 | 42,781.35 |
| **Total 31 - 60** | | | | | | | | 86,466.40 |
| **61 - 90** | | | | | | | | |
| Invoice | 06/09/2021 | AIA#5 | Graybeale Construction, Inc. | Due on re... | 06/09/2021 | | 83 | 24,205.50 |
| **Total 61 - 90** | | | | | | | | 24,205.50 |
| **> 90** | | | | | | | | |
| **Total > 90** | | | | | | | | |
| **TOTAL** | | | | | | | | 453,013.62 |