IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 Case |
| SKS CONSTRUCTION, INC., | ) | Case No. 21-31862-KLP |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION AND DEADLINES ASSOCIATED WITH SAME

NOTICE IS HEREBY GIVEN THAT:

1. On September 9, 2021, a Plan of Reorganization (the "Plan") was filed with the United States Bankruptcy Court.

2. Enclosed are the following:

 a) A copy of the Plan; and
 b) For Classes that the Debtor believes are entitled to vote, the appropriate forms for the acceptance or rejection of the Plan.

3. By order of the Court, **October 27, 2021**, is fixed as the last day for submitting ballots to accept or reject the Plan, which completed ballots should be returned to Spiro & Browne, PLC, the undersigned counsel, and not to the Bankruptcy Court.

David K. Spiro (Va. Bar No. 28152)
David G. Browne (Va. Bar No. 65306)
Spiro & Browne, PLC
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Office: (804) 441-6102
Fax: (804) 836-1855
dspiro@sblawva.com
Counsel for Debtor/Proponent

4. The hearing on confirmation of the Plan, and any objections thereto, will be held on **November 3, 2021 at 11:00 a.m.**, before the Honorable Keith L. Phillips, United States Bankruptcy Judge, at 701 East Broad Street, Courtroom 5100, Richmond, Virginia 23219. The hearing will take place via Zoom, with the following as the hearing logistics:

## Zoom link:

https://www.zoomgov.com/w/1607012842?tk=GIB7h6xFz_8t_sProLoxlAMoS8juAOfH38e0eFjvaak.DQMAAAAX8kR6hZDUFVodjdRdFJ4LUZWbl8wOFZXSzNRAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA&pwd=dEN5Tk1tUXRQQmZGOHRtMG5IVGQ4Zz09

Please direct zoom questions to: peggy_rintye@vaeb.uscourts.gov.

## Audio link:

| | |
|---|---|
| One tap mobile: | US: +16692545252,,1607012842#,,,,*386466# or |
| | +16468287666,,1607012842#,,,,*386466# |
| Or dial: | For higher quality, dial a number based on your current location. |
| | US: +1 669 254 5252 or +1 646 828 7666 or +1 551 285 1373 or +1 669 216 1590 |
| Meeting ID/Passcode: | ID: 160 701 2842, Passcode: 386466 |

5. Objections to confirmation of the Plan, if any, shall be filed with the Clerk of the United States Bankruptcy (Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219) by **October 27, 2021**, *i.e.*, no later than seven (7) days prior to the date fixed for hearing on confirmation of the Plan, and shall be served pursuant to Federal Rules of Bankruptcy Procedure3017(1)c(2) and 3020(b)(1) and Local Bankruptcy Rules 3016-1E and 3017-1C. You must mail or otherwise file it early enough such that the Court will **receive** it on or before October 27, 2021.

Please govern yourself accordingly.

Dated: September 27, 2021                     SKS CONSTRUCTION, INC.
                                              (PROPONENT)


                                        By:   /s/ David K. Spiro


David K. Spiro (Va. Bar No. 28152)
David G. Browne (Va. Bar No. 65306)
Spiro & Browne, PLC
6802 Paragon Place, Suite 410
Richmond, Virginia 23230
Office: (804) 441-6102
Fax: (804) 836-1855
dspiro@sblawva.com
Counsel for Debtor/Proponent


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2021, a true and correct copy of the Notice of Hearing on Confirmation of Plan of Reorganization and Deadlines Associated with Same, along with the Plan and appropriate ballot, was served on all parties in interest as indicated on Schedule A attached to the notice filed with the Court.

                                              /s/ David K. Spiro

| | | |
|---|---|---|
| Brookwood Development<br>c/o W. Ashley Burgess, Esquire<br>Sands Anderson<br>P.O. Box 1998<br>Richmond, VA 23218<br>aburgess@sandsanderson.com | Jason B. Shorter, Esquire<br>Office of the United States Trustee<br>701 E. Main Street<br>Richmond, Virginia 23219 | Richard C. Maxwell, Esquire<br>Woods Rogers PLC<br>10 S. Jefferson Street, Su, 1400<br>Roanoke, VA 24011<br>rmaxwell@woodsrogers.com |
| A&B Kearns Trucking & Stone<br>16381 Brandy Rd.<br>Culpeper, VA 22701 | A.I.T., LLC<br>1928 Anderson Road<br>Falls Church, VA 22043 | |
| All American Paving & Sealing<br>8136 Belmont Rd.<br>Spotsylvania, VA 22551 | American Shoring, Inc.<br>207 Lake St. (Route 32)<br>Newburgh, NY 12550 | Anariba Concrete<br>11208 Surry Woods Ct.<br>Fredericksburg, VA 22407 |
| Blue Ridge Bank<br>c/o Michael Muller, Esquire<br>Williams Mullen<br>P.O. Box 1320<br>Richmond, VA 23218<br>mmueller@williamsmullen.com | Carter Machinery<br>c/o David Hartnett, Esquire<br>Crenshaw, Ware & Martin<br>150 W. Main St., Su. 1500<br>Norfolk, VA 23510<br>David Hartnett dhartnett@cwm-law.com | |
| CAT Commercial Revolv. Acct. Dept.<br>33-802500925<br>Phoenix, AZ 85062-8004 | Cat Financial<br>c/o Vernon Inge, Esquire<br>Whiteford Taylor<br>1021 E. Cary St., Su. 1700<br>Richmond VA 23219<br>vinge@wtplaw.com | |
| CP&P<br>210 Stone Spring Rd<br>Harrisonburg, VA 22801 | Ford Motor Credit<br>c/o Carl A. Eason, Esquire<br>Wolcott Rivers Gates<br>200 Bendix Road, Suite 300<br>Virginia Beach, VA 23452<br>bankruptcy@wolriv.com | |
| | | Fullerton & Knowles<br>12642 Chapel Road<br>Clifton, VA 20124 |
| Gemini Land Development<br>10900 Houser Drive<br>Fredericksburg, VA 22408 | Greenway Hydroseeding, Inc.<br>5828 Plank Rd., Ste 113<br>Box 6<br>Fredericksburg, VA 22407 | H & E Equip. Services<br>P.O. Box 849850<br>Dallas, TX 75284 |
| I.R.S. / Special Procedures<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James River Equipment<br>P.O. Box 745475<br>Atlanta, GA 30374-5475 | John Zuchowski<br>10503 Rhoads Drive<br>Fredericksburg, VA 22407 |
| | | LB Water Service<br>P.O. Box 60<br>Selinsgrove, PA 17870 |

| | | |
|---|---|---|
| Liberty Equipment<br>10879 Houser Drive<br>Fredericksburg, VA 22408 | Look Out Safety Co., LLC<br>P.O. Box 42191<br>Fredericksburg, VA 22404 | Luck Stone Corporation<br>P.O. Box 29871<br>Henrico, VA 23242 |
| M & T Bank<br>Box 900<br>Millsboro, DE 19966 | McClung Logan Equip Co<br>P.O. Box 17593<br>Baltimore, MD 21297-1593 | Michaels Towing & Recovery<br>P.O. Box 1577<br>Fredericksburg, VA 22402 |
| Phillips Recycling & Aggregate<br>177 Wyche Rd.<br>Stafford, VA 22554 | Ricky Hairfield Trucking<br>8619 Robert E. Lee Drive<br>Spotsylvania, VA 22551 | S.B.A. EIDL Loan Acc.<br>79052 N. 20th St., Ste. 320<br>Birmingham, AL 35203 |
| S.B.A. Payroll Prot. Program<br>409 3rd Street S.W.<br>Washington, DC 20416 | Spotsylvania Co. / Revenue Com<br>P.O. Box 175<br>Spotsylvania, VA 22553-0175 | Steven Zuchowski<br>10505 Rhoads Drive<br>Fredericksburg, VA 22407 |
| | Sullivan, Donahoe and Ingalis<br>P.O. Box 614<br>Fredericksburg, VA 22404 | Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 |
| Superior Paving Corp.<br>5551 Wellington Rd.<br>Gainesville, VA 20156 | | The Rigging Box<br>8184 Newington Rd.<br>Lorton, VA 22079 |
| United Rentals, Inc.<br>P.O. Box 100711<br>Atlanta, GA 30384 | Virginia Paving Co.<br>14500 Avion Pkwy. Ste 310<br>Chantilly, VA 20151 | Volvo Financial Services<br>P.O. Box 7247-0236<br>Philadelphia, PA 19170-0236 |
| Walker Sand & Stone<br>19238 Inglewood Road<br>Culpeper, VA 22701 | Water Management Solutions<br>P.O. Box 1171<br>Pamplin, VA 23958 | Wells Fargo<br>P.O. Box 3072<br>Cedar Rapids, IA 52406-3072 |
| Xylem Dewatering Solutions<br>26717 Network Place<br>Chicago, IL 60673-1267 | Wells Fargo Vendor Fin. Svcs<br>c/o Jason Harkness<br>1010 Thomas Edison Blvd. SWI<br>Cedar Rapids, IA 52404<br>Jason.N.Harkness@WellsFargo.com | |